UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO:   2:21-cv-00672 |
| | * | JUDGE AFRICK |
| VERSUS | * * | |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Turnkey Offshore Services, LLC ("TOPS"), who hereby seeks leave of Court to file the attached Amended and Supplemental Complaint, which is being filed within the deadlines prescribed by this Court.

As set forth in more detail in the attached Memorandum in Support, TOPS seeks to add JAB Energy Solutions, LLC and Allison Marine Holdings, LLC as additional defendants in this matter, as it is believed they are acting as one in the same such that they should be treated as a single business enterprise per Louisiana law or as alter-egos per Texas law, and/or that they are legally responsible for the debt owed to TOPS by JAB II. Accordingly, TOPS respectfully requests leave of court to file the attached First Amended Complaint.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation

*/s/George Nalley*

_____
GEORGE J. NALLEY, JR.              (9883)
Suite 100
2450 Severn Avenue
Metairie, LA  70001
(504) 838-8188
Attorney for Turnkey Offshore Project