UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHORE OFFSHORE SERVICES, LLC, § | CIVIL ACTION NO. 18-CV-01288 |
| V. § | |
| § | SECTION "A" |
| JAB ENERGY SOLUTIONS II, LLC, § | JUDGE JAY C. ZAINEY |
| V. § | |
| MODERN AMERICAN RECYCLING § | MAGISTRATE "4" |
| SERVICE, INC. § | MAGISTRATE JUDGE KAREN ROBY |

*******************************************************************

### DEFENDANT/THIRD-PARTY PLAINTIFF JAB ENERGY SOLUTIONS II, LLC'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant/Third-Party Plaintiff JAB Energy Solutions II, LLC ("JAB") makes the following disclosure:

1. JAB certifies that the following are corporate parents and publicly held entities which own 5% or more of JAB's stock or membership units:

   a. JAB is a wholly-owned subsidiary of Allison Marine Holdings, LLC.

Dated: June 28, 2018.	SNOW SPENCE GREEN LLP

By: /s/ Ross Spence
Ross Spence
Texas State Bar No. 18918400
(admitted *pro hac vice*)
2929 Allen Parkway, Suite 2800
Houston, TX 77019
(713) 335-4800 – telephone
(713) 335-4848 – facsimile
Email: ross@snowspencelaw.com

Benjamin W. Kadden (LA #29927)
Meredith S. Grabill (LA #35484)
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
(504) 568-1990 – telephone
(504) 310-9195 – facsimile





| Name | Type | City | Status |
|---|---|---|---|
| ALLISON MARINE HOLDINGS, LLC | Limited Liability Company (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**

**Business:** ALLISON MARINE HOLDINGS, LLC
**Charter Number:** 41181741Q
**Registration Date:** 5/21/2013

**Domicile Address**
　251 LITTLE FALLS DRIVE
　WILMINGTON, DE 19808

**Mailing Address**
　19221 I-45 SOUTH, SUITE 324
　SHENANDOAH, TX 77385

**Principal Business Office**
　19221 I-45 SOUTH, SUITE 324
　SHENANDOAH, TX 77385

**Registered Office in Louisiana**
　501 LOUISIANA AVENUE
　BATON ROUGE, LA 70802

**Principal Business Establishment in Louisiana**
　9828 HWY 182 EAST
　MORGAN CITY, LA 70380

## Status

**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 5/21/2013
**Last Report Filed:** 4/21/2020
**Type:** Limited Liability Company (Non-Louisiana)

## Registered Agent(s)

| Agent: | CORPORATION SERVICE COMPANY |
|---|---|
| Address 1: | 501 LOUISIANA AVENUE |
| City, State, Zip: | BATON ROUGE, LA 70802 |

EXHIBIT J

<small>State of Louisiana Secretary of State — COMMERCIAL DIVISION 225.925.4704 — Fax Numbers: 225.932.5317 (Admin. Services), 225.932.5314 (Corporations), 225.932.5318 (UCC)</small>

| Appointment Date: | 5/21/2013 |
|---|---|

## Officer(s)

**Additional Officers:** No

| Officer: | HENRY ROBARDS |
|---|---|
| Title: | Manager |
| Address 1: | 217 TIGER LILY |
| City, State, Zip: | HOUMA, LA 70360 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Foreign LLC Statement of Change | 12/28/2015 |

Print

**State of Louisiana Secretary of State**



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| JAB ENERGY SOLUTIONS, L.L.C. | Limited Liability Company | MORGAN CITY | Active |

**Previous Names**

**Business:** JAB ENERGY SOLUTIONS, L.L.C.
**Charter Number:** 36628333K
**Registration Date:** 1/3/2008
**Domicile Address**
    9828 HWY 182 EAST
    MORGAN CITY, LA 70380
**Mailing Address**
    P O BOX 511
    MORGAN CITY, LA 70381

## Status

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | In Good Standing |
| File Date: | 1/3/2008 |
| Last Report Filed: | 2/1/2021 |
| Type: | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| Agent: | CORPORATION SERVICE COMPANY |
| Address 1: | 501 LOUISIANA AVENUE |
| City, State, Zip: | BATON ROUGE, LA 70802 |
| Appointment Date: | 11/3/2016 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| Officer: | HENRY L. ROBARDS, JR. |
| Title: | Member |
| Address 1: | 9828 HWY 182 EAST |
| City, State, Zip: | MORGAN CITY, LA 70380 |

| | |
|---|---|
| Officer: | W. STEPHEN ORLANDO |
| Title: | Member |
| Address 1: | 101 SILVER OAK LANE |
| City, State, Zip: | BROUSSARD, LA 70518 |

| | |
|---|---|
| Officer: | BRENT J. BOUDREAUX |

EXHIBIT K

| Title: | Member, Manager |
|---|---|
| Address 1: | 4985 HILLTOP RANCH CT |
| City, State, Zip: | MONTGOMERY, TX 77316 |

## Amendments on File (3)

| Description | Date |
|---|---|
| Supplemental Initial Report | 5/30/2008 |
| Amendment | 5/30/2008 |
| Domestic LLC Agent/Domicile Change | 11/3/2016 |

[ Print ]



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

Tcode 13196 Franchise

| Taxpayer number | Report year |
|---|---|
| 32044657990 | 2019 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | JAB ENERGY SOLUTIONS II, LLC |
|---|---|
| Mailing address | 19221 I-45 SOUTH SUITE 324 |
| City | SHENANDOAH |
| State | TX |
| ZIP code plus 4 | 77385 |

○ Blacken circle if the mailing address has changed.

Secretary of State (SOS) file number or Comptroller file number

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 19221 I-45 SOUTH SUITE 324, SHENANDOAH, TX, 77385
Principal place of business: 19221 I-45 SOUTH SUITE 324, SHENANDOAH, TX, 77385

You must report officer, director, member, general partner and manager information as of the date you complete this report.

1000000000015

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

## SECTION A — Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| W STEPHEN ORLANDO | PRESIDENT | ● YES | |
| Mailing address: 101 SILVER OAK LAKE | City: BROUSSARD | State: LA | ZIP: 70518 |
| HENRY L ROBARDS JR | VICE PRESIDENT | ● YES | |
| Mailing address: 19221 I-45 SOUTH SUITE 324 | City: SHENANDOAH | State: TX | ZIP: 77385 |
| SONDA ROBERTSON | CFO | ○ YES | |
| Mailing address: 19221 I-45 SOUTH SUITE 324 | City: SHENANDOAH | State: TX | ZIP: 77385 |

## SECTION B — Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C — Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| ALLISON MARINE HOLDINGS, LLC | DE | | 100.000 |

Registered agent and registered office currently on file (see instructions if you need to make changes)
Agent: **CORPORATION SERVICE COMPANY DBA**
Office: 211 E 7TH STREET SUITE 620 | City: AUSTIN | State: TX | ZIP: 78701

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | GEORGE HENRY | Title: OFFICER | Date: 08/22/2019 | Area code and phone number: (985) 631-2000 |

**Texas Comptroller Official Use Only**

VE/DE ○  PIR IND ○

**EXHIBIT L**



# Texas Franchise Tax Public Information Report

05-102 (Rev.9-15/33)

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year | |
|---|---|---|
| 3 2 0 4 4 6 5 7 9 9 0 | 2 0 1 9 | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |

| Taxpayer name | | |
|---|---|---|
| JAB ENERGY SOLUTIONS II, LLC | | ○ Blacken circle if the mailing address has changed. |
| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
| 19221 I-45 SOUTH SUITE 324 | | |
| City: SHENANDOAH | State: TX | ZIP code plus 4: 77385 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 19221 I-45 SOUTH SUITE 324, SHENANDOAH, TX, 77385
Principal place of business: 19221 I-45 SOUTH SUITE 324, SHENANDOAH, TX, 77385

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| GEORGE HENRY | VICE PRESIDENT | ● YES | |
| Mailing address: 780 THIRD AVENUE 49TH FLOOR | City: NEW YORK | State: NY | ZIP Code: 10017 |
| BRETT BOUDREAUX | SECRETARY | ● YES | |
| Mailing address: 4985 HILLTOP RANCH COURT | City: MONTGOMERY | State: TX | ZIP Code: 77316 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)
Agent: CORPORATION SERVICE COMPANY DBA
Office: 211 E 7TH STREET SUITE 620 | City: AUSTIN | State: TX | ZIP Code: 78701

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ) | GEORGE HENRY | Title: OFFICER | Date: 08/22/2019 | Area code and phone number: (985) 631-2000 |

**Texas Comptroller Official Use Only**

VE/DE ○ | PIR IND ○

TRANSMITTER ID = CCHFTWSPROD
TLN = 00047030914

N HOUSTON  
TX 773  
13 SEP '18  
PM 1 L

UNITED STATES POSTAGE  
PITNEY BOWES  
02 1P $ 000.47⁰  
0001956628 SEP 13 2018  
MAILED FROM ZIP CODE 77385

773 NFE 1     C17I0089/13/18  
NOTIFY SENDER OF NEW ADDRESS  
1 OFFSHORE TECHNICAL SOLUTIONS  
690 S HOLLYWOOD RD  
HOUMA LA 70360-1226  

BC: 70360322698    *2533-05596-13-39

| Offshore Technical Solutio | Date: 9/13/2018 | | | No: | 1542 |
|---|---|---|---|---|---|
| Invoice | Description | Amount | Discount | | Net Amount |
| I-7532 | | 73,362.45 | 0.00 | | 73,362.45 |
| | | | | Total: | 73,362.45 |

---

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES MICROPRINTED ENDORSEMENT LINES AND ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**JAB Energy Solutions**

19221 I-45 South, Suite 200  
Shenandoah, TX 77385

No: 1542   Date: 9/13/2018

Wells Fargo Bank NA  
11-24  
1210

Amount: $ *********73,362.45

Seventy-Three Thousand Three Hundred Sixty-Two and 45/100 US$*******************************************

*SmdeRobertson*

Pay to the Order of: Offshore Technical Solutions  
1345 Valhi Blvd  
Houma LA 70360  
USA

EXHIBIT - 3


EXHIBIT M

| Invoice | Description | Amount | Discount | Net Amount |
|---|---|---|---|---|
| I-7695 | | 145,100.00 | 0.00 | 145,100.00 |
| | | | Total: | 145,100.00 |

Offshore Technical Solutio Date: 9/26/2019 No: 4998

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES MICROPRINTED ENDORSEMENT LINES AND ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

## JAB Energy Solutions

19221 I-45 South, Suite 324
Shenandoah, TX 77385

**Capital One, NA**

No: 4998  Date: 9/26/2019

Amount: $  *********145,100.00

One Hundred Forty-Five Thousand One Hundred and no/100 US$***********************************************

*SndeRoberton*

**Pay to the Order of**  Offshore Technical Solutions
690 South Hollywood Road
Houma LA 70360
USA











EXHIBIT - 4

# Amy Porche

**From:** Sonda Robertson <srobertson@allison-companies.net>
**Sent:** Wednesday, April 28, 2021 4:47 PM
**To:** Amy Porche
**Subject:** RE: Offshore Technical Solutions - JAB Pass Due Account

Amy,
I have forwarded to Brent Boudreaux for his feedback.
Regards,
Sonda

**From:** Amy Porche <amy@offshoretechnical.com>
**Sent:** Wednesday, April 28, 2021 4:45 PM
**To:** Sonda Robertson <srobertson@allison-companies.net>
**Subject:** Offshore Technical Solutions - JAB Pass Due Account
**Importance:** High

Jab Energy's account with Offshore Technical Solutions is over 90 days past due. I have included a copy of the statement for Jab Energy along with the original invoices as they were submitted for payment.
It would be greatly appreciated if we could get a status on payment of these invoices.

Kindest Regards,


Amy Porche
Office Administrator



**Offshore Technical Solutions**
690 South Hollywood Road Houma, LA 70360
(985) 879-3212 Office
(985) 688-5800 Direct
(985) 879-3475 Fax
www.offshoretechnical.com

This e-mail is confidential and is intended only for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you have received this e-mail in error, please call us immediately and destroy the entire e-mail. If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited.

EXHIBIT - 15

