UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO: 2:21-cv-00672 |
|---|---|---|
| | * | JUDGE AFRICK |
| VERSUS | * | |
| | * | |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion, it is hereby ordered that the plaintiff be granted leave of court to file the attached First Amended and Supplemental Complaint in this matter.

New Orleans, Louisiana this _____ day of June, 2021.

_____
U.S. DISTRICT JUDGE LANCE AFRICK