UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| TURNKEY OFFSHORE PROJECT | * | NO: 2:21-cv-00672 |
| SERVICES, LLC ("TOPS") | * | |
| | * | JUDGE AFRICK |
| VERSUS | * | |
| | * | |
| JAB ENERGY SOLUTIONS, LLC | * | MAGISTRATE CURRAULT |
| and BRENT BOUDREAUX, | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## TOPS' MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION AND REQUEST FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes Turnkey Offshore Project Services, LLC (TOPS) and moves this Court for a temporary restraining order and injunctive relief against the Defendants and JABCO ABC, LLC to prevent them from selling or otherwise alienating their assets aside from normal business operations. More specifically, TOPS moves for a court order preventing Brent Boudreaux, JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC (hereinafter JAB II), Allison Marine Holding, LLC (hereinafter Allison Marine) and JABCO ABC, LLC from selling or alienating JAB II or Allison Marine Holding, LLC's assets to pay off Allison Marine Holding debt to the detriment of JAB II creditors, all as more fully set forth in the attached Memorandum in Support.

Given the nature of this situation and the potential for the defendants and JABCO ABC to sell or otherwise alienate JAB II's assets, TOPS requests expedited consideration and hearing of this Motion and/or that this Court issue a Temporary Restraining Order protecting the assets until such time as the Court can conduct a hearing on the Injunctive Relief.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation

*/s/George Nalley*

_____
GEORGE J. NALLEY, JR.          (9883)
Suite 100
2450 Severn Avenue
Metairie, LA  70001
(504) 838-8188