UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO:   2:21-cv-00672 |
| | * | JUDGE AFRICK |
| VERSUS | * * | |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

Given the preceding motion and the attached memorandum in support, it is hereby ordered that a Temporary Restraining Order is issued prohibiting Brent Boudreaux, JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC, Allison Marine Holding, LLC and JABCO ABC, LLC from any sale or alienation of the assets of either JAB Energy Solutions II, LLC or Allison Marine Holding, LLC without this Court's approval. This Order specifically includes any and all assets of JAB Energy Solutions II, LLC that were purportedly assigned and/or transferred to JABCO ABC, LLC on or about June 4, 2021. If any of the transferred/assigned assets have already been sold or alienated, all proceeds from those transactions are also included in this restraining order.

New Orleans, Louisiana this \_\_\_\_\_ day of July, 2021.

_____
JUDGE LANCE AFRICK