UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO: 2:21-cv-00672 |
| | * | JUDGE AFRICK |
| VERSUS | * * | |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **EXPEDITED HEARING ORDER**

Given the nature of this Motion, it is hereby ordered that this Court will conduct a hearing on TOPS request for expedited hearing for injunctive relief at \_\_\_\_ a.m. on the _____ day of _____, 2021.

New Orleans, Louisiana this \_\_\_\_\_ day of July, 2021.

_____
JUDGE LANCE AFRICK