UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO: 2:21-cv-00672 |
| | * | JUDGE AFRICK |
| VERSUS | * * | |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that TOPS' Motion for Temporary Restraining Order and Request for Preliminary Injunction is hereby set for submission before District Judge Lance Africk on August 11, 2021, at 9:00 a.m.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation

*/s/George Nalley*

_____
GEORGE J. NALLEY, JR.            (9883)
Suite 100
2450 Severn Avenue
Metairie, LA  70001
(504) 838-8188

## CERTIFICATE OF SERVICE

I do hereby certify that on this ____ day of July, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/George Nalley*
_____
NALLEY AND DEW, APLC