| | |
|---|---|
| **From:** | Brent Boudreaux <bboudreaux@jabenergysolutions.com> |
| **Sent:** | Thursday, July 8, 2021 1:27 PM |
| **To:** | mthomas |
| **Subject:** | FW: WC 580 project |
| **Attachments:** | TOPS - JAB WORK ORDER 2018 R1.doc |

Brent Boudreaux
JAB Energy Solutions
19221 I 45 South
**Suite 324**
Shenandoah, Texas 77385
281-260-7500 office
281-204-7168 cell

## Please note we moved offices.

**From:** Brent Boudreaux
**Sent:** Monday, June 18, 2018 10:29 AM
**To:** George Nalley <george@gnalley.com>; Jay Henderson <jay@hopeservicesinc.com>
**Subject:** RE: WC 580 project

George/Jay

I am ok with the changes to the MSA and Exhibit C.

See attached, in lieu of the addendum I added language to the Work Order that should cover what was agreed to.

Thanks,

Brent Boudreaux
JAB Energy Solutions
19221 I 45 South
Suite 200
Shenandoah, Texas 77385
281-260-7500 office
281-204-7168 cell

**Please note we moved offices.**

**From:** George Nalley <george@gnalley.com>
**Sent:** Friday, June 15, 2018 9:26 PM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Cc:** Jay Henderson <jay@hopeservicesinc.com>
**Subject:** RE: WC 580 project

Brent and Jay,

       I have now made changes to paragraphs 12.1-8 to reflect the reciprocal insuring agreements between JAB and TOPS. In addition I have prepared the attached Addendum, reflecting what I understand to be your agreement to the reduced pricing for this job in return for JAB's assurances regarding timely payment. Please review the documents to make sure they reflect your understanding of your agreements. If you have any questions or need any changes, let me know.

       I apologize to you for the delay in getting this out to you. Not an excuse but just an explanation, I have been in a hearing most of the week out of town and got back earlier this evening.

       I will be in Ms for the weekend, which has sketchy cell phone service, so I am going you both my cell and the land line # there. Thanks.

George
(504)236-7157 cell
(601)249-8446  Ms land line

---

**From:** George Nalley
**Sent:** Monday, June 11, 2018 12:09 PM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Cc:** Jay Henderson <jay@hopeservicesinc.com>
**Subject:** RE: WC 580 project

ok

---

**From:** Brent Boudreaux [mailto:bboudreaux@jabenergysolutions.com]
**Sent:** Monday, June 11, 2018 9:34 AM
**To:** George Nalley <george@gnalley.com>
**Cc:** Jay Henderson <jay@hopeservicesinc.com>
**Subject:** RE: WC 580 project

George
We have no problem with the reciprocal language for 12.1 -12.8.
It will be easier if you could make the changes to the document as our attorney is out of the office for a couple days.

Thanks,

Brent Boudreaux
JAB Energy Solutions
19221 I 45 South
Suite 200
Shenendoah, Texas 77385
281-260-7500 office
281-204-7168 cell

**Please note we moved offices.**

---

**From:** George Nalley <george@gnalley.com>
**Sent:** Friday, June 8, 2018 6:42 PM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Cc:** Jay Henderson <jay@hopeservicesinc.com>
**Subject:** FW: WC 580 project

Brent,

Jay asked me to take a look at your MSA re the proposed work by TOPS, which I did this afternoon. In general, I thought the MSA appears fine as it appears to be fairly equitably drafted including mutual indemnity provisions, etc. However, there is one gap we will need corrected. Despite the knock for knock indemnity provisions for employee, environmental and third party claims, the insurance requirements to satisfy those obligations are one sided with only TOPs having to name JAB but no reciprocal obligation by JAB to TOPs. Although paragraph 11.10 provides generically for reciprocal policies, paragraph 12 only mandates TOPS to provide coverage and additional insured status to JAB without a reciprocal requirement on JAB.

I suspect this may have been an oversight, as paragraph 11.10 and Exh. C specifically references that "Each party shall carry and maintain for the benefit of the other Party  to the extent of the specific risks and liabilities assumed in this agreement by the respective parties, the following minimum insurance coverage…"

Accordingly , we ask that you modify the  language in paragraphs 12.1 through 12.8 to make those insurance obligations and provisions reciprocal to both parties.

If you want to discuss this request further, please let me know. Thanks for your assistance and cooperation.

George Nalley
Nalley and Dew
Suite 100
2450 Severn Ave
Metairie, La. 70001
(504)838-8188

---

**From:** Jay Henderson [mailto:jay@hopeservicesinc.com]
**Sent:** Friday, June 8, 2018 6:12 PM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Cc:** Dan Black <dan@hopeservicesinc.com>; Eugene Dickerson <edickerson@hopeservicesinc.com>; Alan Vando <avando@jabenergysolutions.com>; Rocky Henderson <rocky@hopeservicesinc.com>; George Nalley <george@gnalley.com>
**Subject:** Re: WC 580 project

Ok Brent thanks have a good weekend

Sent via the Samsung Galaxy S®6 active, an AT&T 4G LTE smartphone

-------- Original message --------
From: Brent Boudreaux <bboudreaux@jabenergysolutions.com>
Date: 6/8/18 4:58 PM (GMT-06:00)
To: Jay Henderson <jay@hopeservicesinc.com>
Cc: Dan Black <dan@hopeservicesinc.com>, Eugene Dickerson <edickerson@hopeservicesinc.com>, Alan Vando <avando@jabenergysolutions.com>, Rocky Henderson <rocky@hopeservicesinc.com>, george Nalley <george@gnalley.com>
Subject: Re: WC 580 project

Jay
Sounds good.
We have trunnions already.
We need a rigging inventory.
Explosives run will be tight. We will have to confirm mob no later than Monday in order to get a run scheduled for next Friday.

Let's talk Monday.

Sent from my iPhone

On Jun 8, 2018, at 3:43 PM, Jay Henderson <jay@hopeservicesinc.com> wrote:

> Brent,
>
> I think we should continue planning as if its going to happen. Monday we get the MSA and an award
> letter performed based on all these things discussed.
> We shoot for this to be the gap filler job after SM 334 roughly starting June 16th.
> Eugene and Alan continue sharing info for rigging and procedures. Eugene says we need some trunnions
> built to install for the reefing. Do our cargo barge layouts and make our anchor patterns and JAB be
> ready to notify Bsee we are coming.
> We get with Rocky early next week and make sure he is on board with the payment terms and getting
> the structure brought here to be put in the award letter.
> The worse that could happen is the client we were supposed to go do gets there permit, we would still
> keep your job in line after that because we have another in that area.
> Let me know if your good with this.
>
> Thanks
>
> Jay Henderson VP
> TOPS LLC
> 985 563 7801

**From:** Brent Boudreaux [mailto:bboudreaux@jabenergysolutions.com]
**Sent:** Friday, June 8, 2018 12:15 PM
**To:** Jay Henderson <jay@hopeservicesinc.com>; Rocky Henderson <rocky@hopeservicesinc.com>
**Cc:** Dan Black <dan@hopeservicesinc.com>; Eugene Dickerson <edickerson@hopeservicesinc.com>
**Subject:** RE: 2018 work

Jay

This looks like something we can work with.

Thanks,

Brent Boudreaux
JAB Energy Solutions
19221 I 45 South
Suite 200
Shenendoah, Texas 77385
281-260-7500 office
281-204-7168 cell

**Please note we moved offices.**

**From:** Jay Henderson <jay@hopeservicesinc.com>
**Sent:** Friday, June 8, 2018 11:46 AM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>; Rocky Henderson

<rocky@hopeservicesinc.com>
**Cc:** Dan Black <dan@hopeservicesinc.com>; Eugene Dickerson <edickerson@hopeservicesinc.com>
**Subject:** RE: 2018 work

Brent,

If we could work things out for the project to start right after our SM 234 project which would end in about 11 days.

TOPS would charge you mob only to WC 580 no demob.

1. We would charge 119000. Per day for the DB spread with anchor tug and the crew we discussed below
2. We would want you to use our two cargo barges for the project at $1400 per day each. You could save on all the onhire offhire and ours don't set idle that way.
3. We would want you to consider using reliant scrap they come to our yard to offload and will pay you just like mars or anyone else. Except we would charge you $135 a ton which covers our cost and the scrappers cost to offload it, prep it and truck it to the (certified) scales and scrap. You would get the market value for the steel.
4. Another reason for that is the bottom jacket section will have a 17ft overhang that won't be a problem if we bring it to Dulac, plus we would have control of the speed of the cargo barge getting back to work on our next project.
5. JAB would furnish Rigging spreader bars where ours don't work/ crew boats/ cargo barge Tugs/ Divers/Explosives/and or cutters. FYI fter SM 234 we will already have Blackwater and OTS equipment on board.

First tell us if any of this looks doable to you and we can go from there. Our lawyer has the MSA and I will press him for any issues he sees in a little while.

Thanks

Jay Henderson VP
TOPS LLC
985 563 7801

---

**From:** Brent Boudreaux [mailto:bboudreaux@jabenergysolutions.com]
**Sent:** Wednesday, May 9, 2018 11:50 AM
**To:** Jay Henderson <jay@hopeservicesinc.com>; Rocky Henderson <rocky@hopeservicesinc.com>
**Cc:** Dan Black <dan@hopeservicesinc.com>
**Subject:** RE: 2018 work

See below.

Brent Boudreaux
JAB Energy Solutions
262 North Sam Houston Parkway East
Suite 230
Houston, Texas 77060
281-260-7500 office
281-204-7168 cell

---

**From:** Jay Henderson <jay@hopeservicesinc.com>
**Sent:** Wednesday, May 9, 2018 11:45 AM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>; Rocky Henderson

<rocky@hopeservicesinc.com>
**Cc:** Dan Black <dan@hopeservicesinc.com>
**Subject:** RE: 2018 work

Thanks Brent,

Rocky will respond back with the day rate but could you feed us some information to establish that day rate in what we would furnish.
Assume TOPS will furnish yes
- Anchor tug
- Anchor surveyor
- The barge and project operating and construction crew which includes 4 welder/fitters per shift. 6 riggers and 6 welders per shift
- Fuel and lube

Jab will furnish the dive crew? yes
Jab will furnish the abrasive contractors/ explosives? yes
Jab will furnish if needed sub contract welders and fitters? See above
Jab will furnish Cargo Barges? yes
Jab will furnish rental rigging for the project? (IF TOPS doesn't have what fits in its stock) yes we would like to see your rigging inventory
Jab will furnish the project Plans, Permitting, regulatory coverage? We will work with your team to develop plans, yes on permits and regulatory etc

Or let us know what you would want us to furnish at cost plus?

Can you provide us a list of locations water depts and structure sizes. MU, HI and WC from 200' to 325'

Thanks

Jay Henderson VP
TOPS LLC &
Hope Services inc.
985 563 7801

---

**From:** Brent Boudreaux [mailto:bboudreaux@jabenergysolutions.com]
**Sent:** Wednesday, May 9, 2018 10:13 AM
**To:** Rocky Henderson <rocky@hopeservicesinc.com>
**Cc:** Jay Henderson <jay@hopeservicesinc.com>; Dan Black <dan@hopeservicesinc.com>
**Subject:** RE: 2018 work

Rocky
Thanks for the reply.

August could work out ok if it is early August?

Can you send me a day rate proposal for the barge?
I will send you our MSA to get the ball rolling.

Regards,

Brent Boudreaux
JAB Energy Solutions
262 North Sam Houston Parkway East
Suite 230
Houston, Texas 77060
281-260-7500 office
281-204-7168 cell

---

**From:** Rocky Henderson <rocky@hopeservicesinc.com>
**Sent:** Wednesday, May 2, 2018 1:31 PM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Cc:** Jay Henderson <jay@hopeservicesinc.com>; Dan Black <dan@hopeservicesinc.com>
**Subject:** RE: 2018 work

Brent
Thanks for the inquiry on the Swing Thomas, we would be glade to set down and discuss working with you but right now the barge is book until the first week of August. Let us know if we can be of service. If we end up in a opening
between then and now we will let you know.


*Rocky Henderson*

President
Rocky Henderson
Turnkey Offshore Project Services, LLC (TOPS)
P.O. Box 9157
Houma, LA 70361
Office:  985-563-7801
Moblie:  985-209-1309
rocky@hopeservicesinc.com

---

**From:** Brent Boudreaux [mailto:bboudreaux@jabenergysolutions.com]
**Sent:** Wednesday, May 2, 2018 12:39 PM
**To:** Jay Henderson <jay@hopeservicesinc.com>; Rocky Henderson <rocky@hopeservicesinc.com>
**Subject:** 2018 work

Guys
Hope y'all are doing well.

I understand the Swing is almost ready for work?

We have app 45 days of good Swing work if you are interested? We can be ready to mobilize early to mid-June.

Let me know your thoughts.

Regards,

Brent Boudreaux
JAB Energy Solutions

262 North Sam Houston Parkway East
Suite 230
Houston, Texas 77060
281-260-7500 office
281-204-7168 cell

Pursuant to Master Service Agreement ("Agreement") between Company and Contractor dated June \_\_\_\_, 2018, this Work Order is issued in respect of the services to be supplied by Contractor as listed below:

**Part A:  Services to be provided by CONTRACTOR**

**General:**

Salvage operations at WC 580  (the "Work") are to be performed in accordance with the terms and conditions of the Parties Agreement, this Work Order – and any Addendums thereto, attached hereto as Annex 1 and as outlined below.

**Scope of Work:**

Contractor will be conducting Work generally following this basic sequence of activities including but not limited to:

- Set up on location
- Safe-out platform, as required
- Bring in material barge
- Remove helideck if required
- Remove production deck
- Jet out piles
- Sever piles and conductors (if required) 20' BML with abrasives
- Remove piles and conductors
- Install jacket lift rigging
- Lift jacket and secure to barged and tow to reef site
- Transport to shore for disposal deck, piles and conductors
- Demobilize

**Company Obligations:**

 Company will provide the most current site maps available in order to locate surface and subsurface property, structures, facilities, pipelines, debris, seafloor impressions, can holes, etc.

Company will obtain, or cause to be obtained all necessary permits for the removal of platforms, jackets, pipeline abandonment, etc., and disposal of all platform components, and the use of explosives.  Company shall contact, or cause to be contacted all necessary regulatory agencies regarding the decommissioning, removal and salvage of the Platforms and the ancillary facilities.

Company will utilize the rigging on board the DB for all lifts within the capacity of said rigging, an inventory of the rigging shall be provided to Company (see Attachment 1). For all lifts outside the capacity of the barge rigging Company shall provide or cause to be provided rigging for major lifts.

Company will provide Material Barge Tug including fuel, lube and potable water, diving services, abrasive cutting services, and any other 3rd party not in DB spread.

Company believes to the best of its knowledge that the structural integrity of the structure is able to withstand the removal operations. Contractor will review all structure drawings before going on location and once on location Contractor will confirm structural integrity visually as possible and notify Company if there is an issue.  If there are issues with the structural integrity all cost will be at Company's expense. In the event that the structure is not able to withstand the removal operations or if the structure requires additional structural modifications for sea-fastening, Company shall be liable for any and all costs for the modifications and for any damage to any property, structures or facilities, including all environmental liability, as well as any additional costs incurred by Contractor as a consequence of the structure's lack of structural integrity.

Company shall provide, or cause to be provided, Contractor with a map of the reefing area and tow route for all salvaged materials as applicable. Contractor shall review the tow route and provide objections, if any with Company. A tow route survey has been performed. Existing pad-eyes are assumed to be adequate to remove platform decks and other components; cost for fabricating and installing additional pad-eyes will be for Company's account at agreed upon rates.

Materials and services provide to Company by Contractor outside of the scope of this Work Order shall be invoiced at cost plus 10%.

The ~~JAB~~Company SEMS program will be followed to ensure a safe work environment for the DB crews, and all 3rd party services.

Health, safety and environmental (HSE) considerations, safety analysis, and expectations (e.g., attending daily safety meetings, proper completion of a Job Safety Analysis (JSA), hazard identification and mitigation, and the obligation to review and sign off on the JSA for a new location when moved during a shift),
Step-by-step procedures for completing the given activity (including conducting a pre-job safety meeting and on-site walk through of the site to discuss scope of work, generating JSAs, and using Stop Work Authority if any unsafe event or item is noticed),
-   JSA checklist
-   Drawings for the facility
-   Risk assessment that includes hazard identification, potential impacts, corrective controls, and assignment of responsibility to specific personnel for any open action items.

Note: any deviation from the work pack deemed necessary due to inaccurate onsite information provided or field adjustments to help complete the task in a more efficient/safer manor will require a MOC, JSA review, and Hazard review prior to changes in the plan. All major MOC's will be reviewed by Company and Shore and agreed to by both parties before commencing.

Task specific Hazard Analysis and JSA's are to be reviewed on site where work will be performed to review potential hazards and mitigations enabling a more detailed review while observing the work area. Task specific Hazard Analysis and JSA's or a copy of the completed documents is to keep on site for review when needed or when additional personnel are moved to the work location. JSA's and Hazard analysis are to be reviewed by all personnel working in the area and signed attendance records are to be maintained

**Part B: Location and Period for the Services to be provided by CONTRACTOR**

Contractor is to remove WC 580.

The Parties agree that Contractor will perform Works upon a mutually agreeable Schedule based upon availability of Contractors Vessel(s) and other equipment(s). Contactor's anticipated start date is on or around June 19, 2018.

**Part C: Compensation for the Services to be provided by CONTRACTOR**

Contractor shall be paid for the Work (including Vessel and equipment mobilization) in accordance with the hire rates and fees set forth below.

| 1 | DB Swing Thompson Spread | | | $119,000 |
| 2 | DB Swing Thompson Spread while cutting and pulling piles | | | $2,900/hr |
| 3 | Cargo Barge | | | $1400/day |

Day Rate shall commence upon DB departure from the SM 234 block.  DB Rate shall cease when the last anchor is recovered at the reef location.

DB rate while cutting and removing piles shall be reduced per the above line item and DB Spread will not be charged during any recuts of piles.

Material barge with deck, piles and conductors will be transported to the TOPS yard in Dulac for offload and disposal. TOPS will offload the barge, scrap the deck and conductors and pay to JAB for the sale of the scrap of the deck and conductors gross amount of scrap proceeds less $135/ton. TOPS will take possession of the piles offshore once they are recovered from the jacket.

Undisputed amounts shall be paid with in 60 days of receipt of the invoices by Company from Contractor.

In the event Contractor is not paid within 60 days for all undisputed portions of the invoice the reduced spread rate during pile cutting and pulling shall not apply and the spread rate for that time shall revert back to the working rate of $4,958.

Company: _____     Contractor: _____

**JAB Energy Solutions II, LLC LLC**OPS     **Turnkey    Offshore    Project    Services LLC**

By: _____     By: _____

Name: _Brent Boudreaux_____     Name: ___Rocky Henderson_____

Title: _President_____     Title:_____

Date: _____     Date: _____

**Exhibit "A"**

**Contractor provided**


Included in Rate of DB Swing Thompson:

-     D/B Swing Thompson
-     Anchor Handling Tug
-     24-hour Construction crew 6 riggers, 6 welders per shift
- o    Deck Foreman's
- o    Leaderman
- o    Welder Foreman's
- o    Big Rig Operator's
- o    Deck Crane Operator's
-     24-hour barge Maintenance crew
-     Fuel, Lube and Water for Derrick Barge and AHT
-     Subsistence and Catering
-     Survey
-     Medic
-     Room and Board for 4 Company provided personnel
- o    Additional $100 / per man per day beyond 4
-     Jet String