**From:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Sent:** Thursday, July 8, 2021 1:21 PM
**To:** mthomas
**Subject:** FW: Western GOM removals

Brent Boudreaux
JAB Energy Solutions
19221 I 45 South
**Suite 324**
Shenandoah, Texas 77385
281-260-7500 office
281-204-7168 cell

## Please note we moved offices.

**From:** Dan Black <dan@hopeservicesinc.com>
**Sent:** Thursday, November 8, 2018 9:05 AM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Subject:** RE: Western GOM removals

Brent,
Can you send me the platform info/drawings for your HI removal?

Thanks,

*Dan Black*
*Senior Project Manager*
*Turnkey Offshore Project Services*
*Office: 985-563-7801*
*Cell: 985-209-1311*

**From:** Brent Boudreaux [mailto:bboudreaux@jabenergysolutions.com]
**Sent:** Tuesday, October 2, 2018 10:17 AM
**To:** Dan Black
**Subject:** RE: Western GOM removals

Yes we have the HI work to do in 2019.

Brent Boudreaux
JAB Energy Solutions
19221 I 45 South
Suite 200
Shenandoah, Texas 77385
281-260-7500 office
281-204-7168 cell

**Please note we moved offices.**

---

**From:** Dan Black <dan@hopeservicesinc.com>
**Sent:** Tuesday, October 2, 2018 8:40 AM
**To:** Brent Boudreaux <bboudreaux@jabenergysolutions.com>
**Subject:** Western GOM removals

Brent,
Do you still have your MU and HI platforms to remove for next season? Just checking as we are looking at some other HI removals for next year.

Thanks,

*Dan Black*
*Senior Project Manager*
*Turnkey Offshore Project Services*
*Office: 985-563-7801*
*Cell: 985-209-1311*