**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | Civ. No. 2:21-cv-00672-LMA-DPC |
| | * | JUDGE: Lance M. Africk |
| **VERSUS** | * | Sec. I |
| | * | |
| **JAB ENERGY SOLUTIONS, LLC** | * | MAG. JUDGE: Donna Phillips Currault |
| **and BRENT BOUDREAUX** | * | Div. 2 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CONSENT MOTION FOR PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, come defendants, JAB Energy Solutions II, LLC ("JAB II"), who has been erroneously identified in the caption of this matter as JAB Energy Solutions, LLC, and Brent Boudreaux ("Boudreaux" and with JAB II, "Defendants") who request that this Honorable Court accept and enter the Protective Order submitted herewith. In support of this Consent Motion, Defendants state as follows:

1. Defendants have determined that documents requested by plaintiff, Turnkey Offshore Project Services, LLC ("TOPS"), through discovery, and information requested during the course of depositions, contain confidential and proprietary information subject to protection under Rule 26 of the Federal Rules of Civil Procedure.

2. Defendants anticipate that additional discovery and depositions in this matter may require the exchange of documents that may contain confidential and proprietary information subject to protection under Rule 26 of the Federal Rules of Civil Procedure.

3. Counsel for TOPS has approved of Magistrate North's model protective order. In accord with Magistrate North's instructions, a redlined version showing changes made to the model protective order is submitted herewith as Exhibit A.

4. A final version for review and approval by the Court is attached as Exhibit B.

WHEREFORE, Defendants respectfully request that the Court grant this motion and enter and accept the Protective Order agreed to by the parties and submitted herewith.

    Respectfully Submitted:

    */s/ Miles C. Thomas*
    MILES C. THOMAS, T.A., BAR # 31342
    mthomas@milesthomaslaw.com
    **MILES THOMAS LAW, LLC**
    8011 Sycamore Street
    New Orleans, LA 70118
    Telephone: (864) 380-3838
    Facsimile: (504) 291-1044
    **Attorney for Defendants**