# NALLEY and DEW
A PROFESSIONAL LAW CORPORATION
SUITE 100
2450 SEVERN AVENUE
METAIRIE, LOUISIANA 70001

GEORGE J. NALLEY, JR. [1]　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (504) 838-8188
DONA J. DEW [2]　　　　　　　　　　　　　　　　　　　　　　　　　　　FACSIMILE:　(504) 838-0008
ANDREW J. MINER [3]
SARAH L. CHANCELLOR

[1] ALSO ADMITTED IN THE STATE OF TEXAS
[2] ALSO ADMITTED IN THE STATES OF FLORIDA AND TEXAS
[3] ALSO ADMITTED IN THE STATE OF MISSISSIPPI

July 22, 2021

**Via Email:** albertaltro@traversellc.com
Mr. Albert Altro
Managing Director,
Corporate Restructuring & Transaction Support
TRAVERSE, LLC
300 Spectrum Center Dr., Ste. 400
Irvine, CA  92618

　　　　　　　　　　　　　　　　　　Re:　　TRO/Injunctive Relief
　　　　　　　　　　　　　　　　　　　　　　Our File: 59.16

Dear Mr. Altro:

　　　This letter is to notify you that we represent Turnkey Offshore Project Services, LLC, which is an offshore contractor here in Louisiana, which did work for JAB Energy Solutions II, LLC in the Gulf of Mexico in the Fall 2020.  JAB Energy Solutions II, LLC has not paid for that work and accordingly we filed a Complaint against them in the U.S. District Court here in New Orleans. In connection with that lawsuit, yesterday we also filed a motion for a temporary restraining order and injunctive relief, wherein we sought relief from the federal court here against the named defendants, including JAB Energy Solutions II, LLC. In addition, we requested that the Court issue an order to JABCO ABC, LLC restraining any further alienation or sale of JAB II's property and/or distribution of any funds received from any sales that may have taken place so far.

　　　I am enclosing a copy of the TRO pleading that we filed yesterday. Earlier today an opposition memo was filed to our motion by JAB Energy Solutions II, LLC, its President Brent Boudreaux, and several other related entities, including Allison Marine Holdings, LLC. I am assuming they have already notified you of that situation, but at this time I am also attaching a copy of their opposition memo, as it affects JABCO ABC, LLC as well.

**Exhibit B**

The U.S. Magistrate has scheduled a hearing on our motion for tomorrow afternoon at 2:00 p.m. (CST) at the courthouse in New Orleans (see attached Order).

Should you have any questions or wish to discuss the matter with us, please do not hesitate to contact me.

Cordially,

GEORGE J. NALLEY, JR.

GJN\cp
Enclosure

**Exhibit B**