UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO: 2:21-cv-00672 |
| VERSUS | * * | JUDGE AFRICK |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

STATE OF LOUISIANA
JEFFERSON PARISH

BEFORE ME, the undersigned notary public, duly commissioned and qualified for the aforesaid county and state, personally came and appeared:

GEORGE J. NALLEY, JR.

Who, after being duly sworn, did depose and state as follows:

1. The undersigned is a person of the full age of majority and resident of New Orleans, Louisiana.
2. Undersigned is counsel for the plaintiff in this matter, Turnkey Offshore Project Services, LLC (TOPS)
3. Prior to the filing the Complaint and Amended Complaint, undersigned counsel for TOPS conducted an investigation, and based upon the information obtained in that investigation and review of the applicable documents verifies that all assertions and claims made in those Complaints are believed to be correct and accurate.

Signed this 28th day of July, 2021, in Metairie, Louisiana.

_____
GEORGE NALLEY

Sworn to and subscribed before me
this 28th day of July, 2021.

_____
NOTARY PUBLIC

34682
Notary ID/ Bar Roll No.

Andrew Miner
*Notary Public*
Notary ID No. 134715
Parish of Orleans, Louisiana

**Exhibit 4**