EXHIBIT "B"

| ID | | Task Name | Duration | Start | Finish | Annotation |
|---|---|---|---|---|---|---|
| 1 | | **Well TA** | 158 days | Fri 5/29/15 | Tue 11/3/15 | |
| 2 | | **Liftboat Operations** | 77 days | Fri 6/19/15 | Fri 9/4/15 | |
| 3 | | WC 173 #4 - OCS-00759 - 48' WD - 100% WI (Merit) | 13 days | Fri 6/19/15 | Thu 7/2/15 | Completed |
| 7 | | WC 173 K - OCS-00759 - 48' WD - 100% WI (Merit) | 11 days | Thu 7/2/15 | Mon 7/13/15 | Completed |
| 10 | ★ | GAL 272 A- OCS G12497- 62' WD- 37.5 % WI (Merit) | 4 days | Mon 8/31/15 | Fri 9/4/15 | |
| 12 | | **Platform Operations (Western Area)** | 76 days | Wed 7/22/15 | Tue 10/6/15 | |
| 13 | | MU A031 A - OCS-G04537 - 228' WD - 100% WI (Merit) | 50 days | Wed 7/22/15 | Thu 9/10/15 | 46% Complete |
| 16 | | MU A031 B - OCS-G04537 - 233' WD - 100% WI (Merit) | 26 days | Thu 9/10/15 | Tue 10/6/15 | |
| 19 | | | | | | |
| 20 | | **Platform Operations (Eastern Area Phase I)** | 158 days | Fri 5/29/15 | Tue 11/3/15 | |
| 21 | | EI 240 A - OCS-G04453 - 139' WD - 100% WI (Merit) | 90 days | Fri 5/29/15 | Thu 8/27/15 | 95% Complete |
| 26 | ★ | EI 261 A - OCS-G02900 - 166' WD - 67% WI (Merit) | 43 days | Thu 8/27/15 | Fri 10/9/15 | Mob for make safe & Prep 8/31/15 |
| 29 | | HI A283 A - OCS-G02404 - 175' WD - 71% WI (Merit) | 25 days | Fri 10/9/15 | Tue 11/3/15 | |
| 32 | | | | | | |
| 33 | | **Pipeline Abandonment** | 4 days | Wed 7/8/15 | Sun 7/12/15 | |
| 34 | | **Diveboat Operations (Phase I)** | 4 days | Wed 7/8/15 | Sun 7/12/15 | |
| 35 | | EI 240 A - OCS-G04453 - 139' WD (Merit) Segment 8110 PABN ROW | 4 days | Wed 7/8/15 | Sun 7/12/15 | |
| 36 | | | | | | |
| 37 | | **Platform Removals** | 114 days | Thu 7/16/15 | Sat 11/7/15 | |
| 38 | | **Derrick Barge Operations** | 114 days | Thu 7/16/15 | Sat 11/7/15 | |
| 39 | | EC 82 4 B - OCS-G08640 - 55' WD - 93% WI (Merit) | 6 days | Thu 7/16/15 | Wed 7/22/15 | Complete |
| 42 | | EC 160 #2 - OCS-00541 - 84' WD - 100% WI (Merit) | 5 days | Wed 7/22/15 | Mon 7/27/15 | Complete |
| 45 | | WC 173 #4 - OCS-00759 - 48' WD - 100% WI (Merit) | 4 days | Fri 8/7/15 | Tue 8/11/15 | Complete |
| 48 | | WC 173 K - OCS-00759 - 48' WD - 100% WI (Merit) | 3 days | Wed 8/12/15 | Sat 8/15/15 | Complete |
| 51 | | EC 83 B - OCS-G08641 - 58' WD - 100% WI (Merit) | 3 days | Sat 8/15/15 | Tue 8/18/15 | Complete |
| 54 | | EI 240 A - OCS-G04453 - 139' WD - 100% WI (Merit) | 7 days | Mon 8/31/15 | Mon 9/7/15 | |
| 57 | | GAL 272 A- OCS G12497- 62' WD- 37.5 % WI (Merit) | 5 days | Mon 9/7/15 | Sat 9/12/15 | |
| 60 | | GA 272 B - OCS-G12497 - 68' WD - 37.5% WI (Merit) | 5 days | Sat 9/12/15 | Thu 9/17/15 | 9/17 |
| 63 | | GA 190 A - OCS-G20623 - 70' WD - 100% WI (Merit) | 5 days | Thu 9/17/15 | Tue 9/22/15 | 9/22 |
| 66 | | MU A031 A - OCS-G04537 - 228' WD - 100% WI (Merit) | 5 days | Tue 9/22/15 | Sun 9/27/15 | |
| 69 | | MU A031 B - OCS-G04537 - 233' WD - 100% WI (Merit) | 5 days | Tue 10/6/15 | Sun 10/11/15 | |
| 72 | | EI 261 A - OCS-G02900 - 166' WD - 67% WI (Merit) | 7 days | Sun 10/11/15 | Sun 10/18/15 | |
| 75 | | **HI A283 A - OCS-G02404 - 175' WD - 68% WI (Merit)** | 4 days | Tue 11/3/15 | Sat 11/7/15 | |
| 78 | | | | | | |
| 79 | | **Site Clearance Operations** | 60 days | Wed 8/19/15 | Sun 10/18/15 | |
| 80 | | **Trawl Operations** | 60 days | Wed 8/19/15 | Sun 10/18/15 | |
| 81 | | EC 82 4 B - OCS-G08640 - 55' WD - 93% WI (Merit) | 4 days | Wed 8/19/15 | Sun 8/23/15 | |
| 82 | | EC 83 B - OCS-G08641 - 58' WD - 100% WI (Merit) | 4 days | Sun 8/23/15 | Thu 8/27/15 | |
| 83 | | EC 160 #2 - OCS-00541 - 84' WD - 100% WI (Merit) | 4 days | Thu 8/27/15 | Mon 8/31/15 | |
| 84 | | GA 272 A - OCS-G12497 - 62' WD - 37.5% WI (Merit) | 4 days | Mon 8/31/15 | Fri 9/4/15 | |
| 85 | | GA 272 B - OCS-G12497 - 68' WD - 37.5% WI (Merit) | 4 days | Fri 9/4/15 | Tue 9/8/15 | |
| 86 | | GA 190 A - OCS-G20623 - 70' WD - 100% WI (Merit) | 4 days | Tue 9/8/15 | Sat 9/12/15 | |
| 87 | | WC 173 #4 - OCS-00759 - 48' WD - 100% WI (Merit) | 4 days | Sat 9/12/15 | Wed 9/16/15 | |
| 88 | | WC 173 K - OCS-00759 - 48' WD - 100% WI (Merit) | 4 days | Wed 9/16/15 | Sun 9/20/15 | |
| 89 | | EI 240 A - OCS-G04453 - 139' WD (Merit) | 8 days | Sun 9/20/15 | Mon 9/28/15 | |
| 90 | | EI 261 A - OCS-G02900 - 166' WD (Merit) | 8 days | Mon 9/28/15 | Tue 10/6/15 | |
| 91 | | MU A031 A - OCS-G04537 - 228' WD - 100% WI (Merit) | 4 days | Tue 10/6/15 | Sat 10/10/15 | |
| 92 | | MU A031 B - OCS-G04537 - 233' WD - 100% WI (Merit) | 4 days | Sat 10/10/15 | Wed 10/14/15 | |
| 93 | | HI A283 A - OCS-G02404 - 175' WD (Merit) | 4 days | Wed 10/14/15 | Sun 10/18/15 | |