UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC | * * * | Civ. No. 2:21-cv-00672 |
| | * | MAG. JUDGE: Donna Phillips Currault |
| VERSUS | * * | |
| JAB ENERGY SOLUTIONS, LLC, *et al.* | * | |

************************************

## PARTIAL MOTION TO DISMISS

Defendants, JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC, Allison Marine Holdings, LLC, and Brent Boudreaux, hereby move for partial dismissal of the claims asserted by Turnkey Offshore Project Services, LLC in its original Complaint (R. Doc. 001) and in its First Amended and Supplemental Complaint (R. Doc. 019). For the reasons more fully stated in the attached Memorandum in Support, Defendants request that their motion be granted.

    Respectfully submitted,

**MILES THOMAS LAW, LLC**
Counsel for JAB Energy Solutions, LLC,
JAB Energy Solutions II, LLC,
Allison Marine Holdings, LLC, and
Brent Boudreaux

*/s/ Miles C. Thomas*
Miles C. Thomas, Esq. T.A. #31342
8011 Sycamore Street
New Orleans, LA 70118
(864) 380-3838
mthomas@milesthomaslaw.com

August 16, 2021