**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | Civ. No. 2:21-cv-00672 |
| | * | **MAG. JUDGE: Donna Phillips Currault** |
| **VERSUS** | * * | |
| **JAB ENERGY SOLUTIONS, LLC,** *et al.* | * | |

**************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants, JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC, Allison Marine Holdings, LLC, and Brent Boudreaux, bring the attached Partial Motion to Dismiss against plaintiff, Turnkey Offshore Project Services, LLC, to be brought before the Honorable Magistrate Judge Donna Phillips Currault on the 1st day of September 2021 at 11:00 a.m. in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Courtroom B421, New Orleans, Louisiana 70130.

    Respectfully submitted,

    **MILES THOMAS LAW, LLC**
    Counsel for JAB Energy Solutions, LLC,
    JAB Energy Solutions II, LLC,
    Allison Marine Holdings, LLC, and
    Brent Boudreaux

    */s/ Miles C. Thomas*
    Miles C. Thomas, Esq. T.A. #31342
    8011 Sycamore Street
    New Orleans, LA 70118
    (864) 380-3838
    mthomas@milesthomaslaw.com

August 16, 2021