UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * | **CIVIL ACTION** |
| | * | **NO. 21-cv-672** |
| **VERSUS** | * | |
| | * | **SECTION "I" (2)** |
| **JAB ENERGY SOLUTIONS, LLC, ET AL.** | * | |

### TURNKEY OFFSHORE PROJECT SERVICES, LLC's
### MOTION TO CONSOLIDATE

Plaintiff, Turnkey Offshore Project Services, LLC ("TOPS"), pursuant to Federal Rule of Civil Procedure 42, moves to consolidate this above captioned Civil Action No. 2:21-cv-00672-LMA-DPC, U.S.D.C. E.D.LA., filed on April 1, 2021 ("First Filed Case") with the following related matters:

- *Offshore Technical Solutions, LLC v. JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC and Allison Marine Holdings*, LLC, Civil Action No. 2:21-cv-00939- LMA-DPC, U.S. D.C. E.D. LA., filed on May 12, 2021 ("Second Filed Case"); and

- *C-Dive, L.L.C. v. JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC and Allison Marine Holdings*, LLC, Civil Action No. 2:21-cv-001426- LMA-DPC, U.S. D.C. E.D. LA., filed on July 27, 2021("Third Filed Case").

As detailed in the accompanying memorandum in support, the reason this motion should be granted is that all three actions before the court are against the same defendants (with the exception of TOPS additional claim against Brent Boudreaux, as the President of JAB II and member of

Allison Marine Holding for fraudulently soliciting and inducing TOPS to do this job), involve the same underlying facts, and involve the same or very similar questions of law.

All three actions are by offshore service providers, which worked on the same project at the same time at the request of the same defendants herein. All three cases name as defendants the three affiliated companies, JAB Energy Solutions, LLC ("JAB"), JAB Energy Solutions II, LLC ("JAB II") and Allison Marine Holdings, LLC ("Allison Marine") (collectively, "Defendants"), seek payment for the work on the same project, and all centrally include allegations of recovery based on the single business enterprise—or alter-ego—theories.

Under Federal Rule of Civil Procedure 42 and the case law considering it, respectfully this Court should recognize that the actions are pending before the same court; that the actions involve a common parties; that no or minimal risk of prejudice or confusion will result from consolidation; but that there is significant risk of inconsistent adjudications of common factual or legal questions from trying the matters separately.

For these reasons, Judge Africk transferred the Second Filed Case and the Third Filed Case to this division, *sua sponte*. For these reasons, both Offshore Technical Solutions, LLC in the Second Filed Case and C-Dive, L.L.C. in the Third Filed Case have similarly moved to consolidate. The similarly situated plaintiffs in all three cases thus desire and consent to the consolidations. This First Filed Case is scheduled for trial commencing on December 6, 2021.

Wherefore, TOPS respectfully moves this Court to grant this motion and consolidate the above captioned Civil Action No. 2:21-cv-00672-LMA-DPC, with both: "Offshore Technical Solutions, LLC v. JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC and Allison Marine Holdings, LLC," Civil Action No. 2:21-cv-00939- LMA-DPC, U.S. D.C. E.D. LA., filed on May 12, 2021; and "C-Dive, L.L.C. v. JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC and

Allison Marine Holdings, LLC," Civil Action No. 2:21-cv-001426- LMA-DPC, U.S. D.C. E.D. LA., filed on July 27, 2021.

New Orleans, Louisiana, the 16th day of August 2021.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation

_____
GEORGE J. NALLEY, JR. (9883)
Suite 100
2450 Severn Avenue
Metairie, LA 70001
(504) 838-8188

Attorneys for
Turnkey Offshore Project Services, LLC