UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC | * * * | CIVIL ACTION |
| | * | NO. 21-cv-672 |
| VERSUS | * * | SECTION "I" (2) |
| JAB ENERGY SOLUTIONS, LLC, ET AL. | * | |

**MEMORANDUM IN SUPPORT OF
TURNKEY OFFSHORE PROJECT SERVICES, LLC's
<u>MOTION TO CONSOLIDATE</u>**

Plaintiff, Turnkey Offshore Project Services, LLC ("TOPS"), pursuant to Federal Rule of Civil Procedure 42, has moved to consolidate this above captioned Civil Action No. 2:21-cv-00672-LMA-DPC, U.S.D.C. E.D.LA., filed on April 1, 2021 ("First Filed Case") with the following related matters:

- *Offshore Technical Solutions, LLC v. JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC and Allison Marine Holdings*, LLC, Civil Action No. 2:21-cv-00939- LMA-DPC, U.S. D.C. E.D. LA., filed on May 12, 2021 ("Second Filed Case"); and

- *C-Dive, L.L.C. v. JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC and Allison Marine Holdings*, LLC, Civil Action No. 2:21-cv-001426- LMA-DPC, U.S. D.C. E.D. LA., filed on July 27, 2021("Third Filed Case").

As detailed below, the reason this motion should be granted is that all three actions before the court are against the same defendants, involve the same underlying facts, and involve the same or very similar questions of law, with the only exception being TOPS has asserted an additional claim against Brent Boudreaux, the President of JAB II and a member of Allison Marine Holding for his fraudulent solicited and inducement of TOPS to perform this job.

All three actions are by offshore contractors which worked on the same project at the same time at the request of the same defendants herein. All three cases name as defendants the three affiliated companies, JAB Energy Solutions, LLC ("JAB"), JAB Energy Solutions II, LLC ("JAB II") and Allison Marine Holdings, LLC ("Allison Marine") (collectively, "Defendants"), seek payment for the work on the same project, and all centrally include allegations of recovery based on the single business enterprise—or alter-ego—theories. All three contractors have an interest in the funds from Black Elk Trust fund that this Court recently enjoined to preserve them from JAB's nefarious attempt to use them for other purposes.

Under Federal Rule of Civil Procedure 42 and the case law considering it, respectfully this Court should recognize that the actions are pending before the same court; that the actions involve common parties; that no or minimal risk of prejudice or confusion will result from consolidation; but that there is significant risk of inconsistent adjudications of common factual or legal questions from trying the matters separately. In addition, almost all of the discovery including out of state depositions will be the same for all 3 claims.

For these reasons, Judge Africk transferred the Second Filed Case and the Third Filed Case to this division, *sua sponte*. For these reasons, both Offshore Technical Solutions, LLC ("OTS") in the Second Filed Case and C-Dive, L.L.C. ("C-Dive") in the Third Filed Case have similarly moved to consolidate. The similarly situated plaintiffs in all three cases thus desire and consent to the consolidations.

In support of this motion, TOPS adopts and pleads by reference the reasons in support of the motions to consolidate urged by OTS and C-Dive in their memoranda, respectively found at Civil Action No. 2:21-cv-00939, R. Doc. No 19 and Civil Action No. 2:21-cv-001426 R. Doc. No. 16.

This First Filed Case is scheduled for trial commencing on December 6, 2021.

Wherefore, TOPS respectfully moves this Court to grant this motion and consolidate the above captioned Civil Action No. 2:21-cv-00672-LMA-DPC, with both: "Offshore Technical Solutions, LLC v. JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC and Allison Marine Holdings, LLC," Civil Action No. 2:21-cv-00939- LMA-DPC, U.S. D.C. E.D. LA., filed on May 12, 2021; and "C-Dive, L.L.C. v. JAB Energy Solutions, LLC, JAB Energy Solutions II, LLC and Allison Marine Holdings, LLC," Civil Action No. 2:21-cv-001426- LMA-DPC, U.S. D.C. E.D. LA., filed on July 27, 2021.

        Respectfully submitted,

        NALLEY AND DEW
        A Professional Law Corporation

        */s/ George Nalley*

        _____
        GEORGE J. NALLEY, JR. (9883)
        Suite 100
        2450 Severn Avenue
        Metairie, LA 70001
        (504) 838-8188
        Attorneys for
        Turnkey Offshore Project Services, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that on this 16th day of August, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

_____
NALLEY AND DEW, APLC