# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC | * | CIVIL ACTION |
| | * | |
| | * | NO. 21-cv-672 |
| VERSUS | * | |
| | * | SECTION "I" (2) |
| JAB ENERGY SOLUTIONS, LLC, ET AL. | * | |

## NOTICE OF SUBMISSION

Please take notice that undersigned counsel for Plaintiff Turnkey Offshore Project Services, LLC ("Plaintiff"), will bring the foregoing *Motion to Consolidate* for submission before the Honorable Magistrate Judge Donna Phillips Currault on the **1st day of September 2021 at 11:00 a.m**. in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Courtroom B421, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 12th day of August 2021.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation

_____
GEORGE J. NALLEY, JR. (9883)
Suite 100
2450 Severn Avenue
Metairie, LA 70001
(504) 838-8188

Attorneys for
Turnkey Offshore Project Services, LLC

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 16th day of August 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

_____

NALLEY AND DEW, APLC