# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | § § § | CIVIL ACTION |
| **vs.** | § § § | NO. 21-672 |
| **JAB ENERGY SOLUTIONS, LLC., ET AL.** | § § § | SECTION "I" (2) |

## NOTICE OF RELATED CASE

Offshore Domestic Group, LLC ("**ODG**") files this *Notice of Related Case*, as follows:

1. Non-party ODG and Defendant JAB Energy Solutions II, LLC are parties to litigation pending in Harris County, Texas, Cause No. 2016-48155-A (the "Texas Litigation").

2. ODG obtained a judgment in the Texas Litigation which is now a final judgment. Exhibit A.

3. On August 16, 2020, the Court in the Texas Litigation entered the attached Order for Turnover Relief. Exhibit B.

4. Because this Order for Turnover Relief directs JAB Energy Solutions II, LLC to turnover its rights to payment related to the HI A370 project that is at issue in this lawsuit and because it potentially conflicts with this Court's August 10, 2021 order (Dkt. 36), ODG is filing this Notice to alert the Court and parties to the related litigation.

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, PC**

By: */s/ C. Larry Carbo, III*
    C. Larry Carbo, III
    Texas Bar No. 24031916
    larry.carbo@chamberlainlaw.com
    1200 Smith St., Ste. 1400
    Houston, Texas 77002
    Telephone: (713) 356-1712
    Telecopier: (713) 658-2553

**ATTORNEY FOR OFFSHORE DOMESTIC GROUP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2021, a true and correct copy of the foregoing instrument was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system, as well as served to the following in accordance with the Federal Rules of Civil Procedure:

Kenneth Green
Snow & Green, LLP
P.O. Box 549
Hockley, Texas 77447
ken@snow-green.com
*Counsel for Plaintiff/Counter-Defendant*

                                  */s/ C. Larry Carbo, III*
                                  C. Larry Carbo, III

200827\000000\4197929.v2