# EXHIBIT A

10/16/2020 1:57:56 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 47263541
By: KIRBY, TERESA A
Filed: 10/16/2020 1:57:56 PM

Pgs-1
7A

CAUSE NO. 2016-48155

| | | |
|---|---|---|
| JAB ENERGY SOLUTIONS II, LLC and ALLISON OFFSHORE SERVICES II, LLC. | § § § | IN THE DISTRICT COURT |
| v. | § § | OF HARRIS COUNTY, TEXAS |
| | § | |
| OFFSHORE SPECIALTY FABRICATORS, INC. AND FAIRWAY OFFSHORE EXPLORATION, INC. | § § § | 151st JUDICIAL DISTRICT |

### INTERLOCUTORY ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

The Court has considered Intervenor Offshore Domestic Group, LLC's ("**ODG**") Motion for Partial Summary Judgment ("**Motion**") against Plaintiff JAB Energy Solutions II, LLC ("**JAB**") and is of the opinion the Motion is meritorious and should be GRANTED. It is therefore

**ORDERED** that:

a. ODG's Motion is GRANTED;

b. the Court renders partial summary judgment against JAB as to ~~all of~~ ODG's claims ~~within its Motion; and~~ for breach of contract, and on JAB's affirmative defenses of setoff, accord and satisfaction and novation. The Court hereby DENIES ODG's Motion as to ODG's claim for quantum meruit; and

c. further renders judgment against JAB and in favor of ODG in the amount of $4,501,902.02 plus pre- and post-judgment interest at the rate of 5% per annum.

ODG's claim for attorney's fees shall be considered at a later date.

Signed _____, 2020.

Signed: 12/3/2020

_____
Judge Presiding