# EXHIBIT B

7/9/2021 3:47:19 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 55212164
By: HODGINS, KEELEY M
Filed: 7/9/2021 3:47:19 PM

CAUSE NO. 2016-48155-A

| | | |
|---|---|---|
| **JAB ENERGY SOLUTIONS II, LLC** | § § § | IN THE DISTRICT COURT |
| *Plaintiff and Counter-Defendant* | § § | |
| v. | § § | OF HARRIS COUNTY, TEXAS |
| **OFFSHORE DOMESTIC GROUP, LLC** | § § | |
| *Defendant and Counter-Plaintiff* | § § | 151st JUDICIAL DISTRICT |

## ORDER FOR TURNOVER RELIEF

Came on for consideration is Defendant/Counter-Plaintiff Offshore Domestic Group, LLC's ("**ODG**") Application[1] against JAB Energy Solutions II, LLC ("**JAB**"). The Court, after considering the Application, any supplements thereto, as well as any opposition, is of the opinion that it is well taken, and that JAB should turn over to ODG any all rights to payment related to A370 project. Based on the pleadings, the evidence, and argument of counsel, the Court finds that JAB's right to payment related to A370 project is non-exempt property that cannot be readily attached or levied by ordinary legal process. Notwithstanding any contrary language herein, this order does not compel turnover of JAB's exempt property, if any. As such,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. JAB shall immediately turnover to ODG all rights to payments related to A370 as well as all documents or records related to the A370 project.

2. Any and all payments due to JAB for work on the A370 project, up to the balance due to ODG, shall be paid to ODG and shall be credited to the balance due on the judgment.

3. ODG shall file a satisfaction, or partial satisfaction, of judgment for each payment it receives by virtue of this order.

**Signed this** \_\_\_\_ **day of** _____**, 2021.**

Signed: *[signature]*
8/14/2021

**Presiding Judge**

---

[1] Any terms not defined herein shall have the same meanings ascribed to them in the Application and any amendments or supplements thereto.

1