## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | Civ. No. 2:21-cv-672 DPC |
| | * | MAG. JUDGE: Donna Phillips Currault |
| **VERSUS** | * * | |
| **BRENT BOUDREAUX, JAB ENERGY SOLUTIONS, LLC, JAB ENERGY SOLUTIONS II, LLC, & ALLISON MARINE HOLDINGS, LLC** | * * * * | |
| ************************************ | | |

### JAB ENERGY SOLUTIONS II, LLC'S NOTICE OF COMMENCEMENT OF BANKRUPTCY CASE, IMPOSITION OF AUTOMATIC STAY AND TURNOVER OF PROPERTY OF THE ESTATE

JAB Energy Solutions II, LLC ("JAB" or the "Debtor") files this *Notice of Commencement of Bankruptcy Case, Imposition of Automatic Stay and Turnover of Property of the Estate* and hereby provides notice of the following matters to all parties-in-interest:

**PLEASE TAKE NOTICE** that on September 7, 2021, JAB filed a petition under chapter 11 of the United States Bankruptcy Code (the "Petition") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") commencing Bankruptcy Case 21-11226-CTG (the "Bankruptcy Case"). The Debtor is a party in the above-captioned matter and certain related matters. A copy of the Petition for the Debtor is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, as a result of the filing of the Petition and commencement of the Bankruptcy Case and pursuant to 11 U.S.C. § 362(a)(1), the commencement or continuation of any judicial proceedings against the Debtor are automatically stayed as set forth below. The automatic stay granted by 11 U.S.C. § 362(a) shall remain in effect until the Bankruptcy Case is dismissed or closed or until such earlier times as set forth in 11 U.S.C. § 362(c), (d), (e) and (f).

"a petition filed under section 301, 302, or 303 of this title…operates as a stay, applicable to all entities, of--

>(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
>
>(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;
>
>(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
>
>(4) any act to create, perfect, or enforce any lien against property of the estate;
>
>(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;
>
>(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
>
>(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor… ."

**PLEASE TAKE FURTHER NOTICE** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay and pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court may award actual damages, including

costs and attorneys' fees (and, in appropriate circumstances, punitive damages) to compensate the Debtor for any loss arising out of violations of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any entity in possession, custody, or control of property of the estate shall turnover, and account for, such property or the value of such property, unless such property is determined to be of inconsequential value or benefit to the estate.

Respectfully submitted,

**MILES THOMAS LAW, LLC**
Counsel for JAB Energy Solutions, LLC,
JAB Energy Solutions II, LLC,
Allison Marine Holdings, LLC, and
Brent Boudreaux

*/s/ Miles C. Thomas*
Miles C. Thomas, Esq. T.A. #31342
8011 Sycamore Street
New Orleans, LA 70118
(864) 380-3838
mthomas@milesthomaslaw.com

**September 8, 2021**