Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JAB Energy Solutions II, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-2723625 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **19221 I-45 South** <br> **Suite 324** <br> **Shenandoah, TX 77385** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.jabenergysolutions.com** |

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**2111**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____

                            Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.   Insurance agency _____

             Contact name _____

             Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.

- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **JAB Energy Solutions II, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  7, 2021**
                  MM / DD / YYYY

*X* **/s/ Albert Altro**                            **Albert Altro**
      Signature of authorized representative of debtor           Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

*X* **/s/ Laura Davis Jones**           Date   **September  7, 2021**
      Signature of attorney for debtor                  MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-652-4100**      Email address   **ljones@pszjlaw.com**

**2436 DE**
Bar number and State

*Exhibit A*

## RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY
## BY THE MEMBER OF
## JAB ENERGY SOLUTIONS II, LLC

The undersigned member ("**Managing Member**") of JAB ENERGY SOLUTIONS II, LLC, a Delaware limited liability company ("**Company**"), acting pursuant to the Delaware Limited Liability Company Act and the Limited Liability Company Agreement ("**Operating Agreement**") of the Company hereby adopts the following resolutions:

**WHEREAS**, the Company is unable to satisfy its current financial obligations to its creditors and Managing Member having received, considered, and had discussions with counsel; and

**WHEREAS**, it appearing in the business judgment of the Managing Member that it is in the best interest of the Company and its creditors to file a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code ("**Bankruptcy Code**"); it is hereby

**RESOLVED**, that the Company initiate a case ("**Case**") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court District of Delaware; and it is further

**RESOLVED**, that the Company shall employ and retain Pachulski Stang Ziehl & Jones LLP as bankruptcy counsel for the Company, and Albert Altro as Chief Restructuring Officer ("**CRO**"); and it is further

**RESOLVED**, that Albert Altro, as CRO, or such other person as the Managing Member shall authorize, is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary or appropriate, including any financing facilities, to commence and prosecute a case under the Bankruptcy Code ("**Instruments**") on behalf of the Company and to sign and execute any such Instruments and such other documents as may be required from time to time to manage the Case; and it is further

**RESOLVED**, that the CRO and other officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Case, with a view to the successful prosecution of such Case; and it is further

**RESOLVED**, that in connection with the commencement of the Case, the Authorized Officers be and hereby are, authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a cash collateral arrangement and/or debtor-in-possession loan facility and the related guarantees thereto (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates; and it is further

**RESOLVED**, that the actions of the CRO shall at all times be in accordance with the Operating Agreement of the Company and any amendments thereto.

**Exhibit A**

**IN WITNESS WHEREOF**, the undersigned Managing Member has executed this consent as of September 6, 2021.

**ALLISON MARINE HOLDINGS, LLC,**
**MANAGING MEMBER:**


Henry (Hank) L. Robards, Jr.
Vice President

Exhibit A

**Fill in this information to identify the case:**

Debtor name    **JAB Energy Solutions II, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑   Other document that requires a declaration    **Corporate Ownership Statement, List of Equity Security Holders, Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 7, 2021**    X **/s/ Albert Altro**
                                            Signature of individual signing on behalf of debtor

                                         **Albert Altro**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

**Exhibit A**

| Fill in this information to identify the case: |
| --- |

Debtor name  JAB Energy Solutions II, LLC
_____

United States Bankruptcy Court for the District of Delaware
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/19**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. Turnkey Offshore Project Services, LLC PO Box 5041 Houma, Louisiana 70361 | Kristie Izaguirre Tel: 985-563-7801 Email: ar@oesinc.com; george@gnalley.com | Judgment | Unliquidated Disputed | | | $8,279,542.47 |
| 2. Offshore Domestic Group PO BOX 54970 New Orleans, LA 40154 | C. Larry Carbo, III (counsel) Tel: 713-658-1818 Email: larry.carbo@chamberlainlaw.com | Litigation | Unliquidated Disputed | | | $3,558,480.93 |
| 3. Texas Parks and Wildlife Department Artificial Reef Program 4200 Smith School Rd Austin TX 78744 | Dale Shively Tel: 512-389-4686 Email: Dale.shively@tpwd.texas.gov | Trade Debt | | | | $878,243.00 |
| 4. HB Rentals, LC PO Box 208643 Dallas, TX 75320-8643 | Tami Beauex Tel: 337-839-1641 Ext2829 Email: jills@hbrental.com | Trade Debt | Unliquidated Disputed | | | $730,415.29 |
| 5. Crosby Tugs, LLC P.O. Box 279 Golden Meadow, LA 70357 | T. Breaux Tel: 985-632-7575 Email: tbreaux@crosbytugs.com | Trade Debt | | | | $553,330.40 |

<span style="color:orange">**Exhibit A**</span>

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6. Offshore Technical Compliance, LLC 1598 Ochsner Blvd Suite A Covington, LA 70433 | Misty Laviolette Tel: 985-727-7400 Email: amy@offshoretechnical.com; martin@bohmanmorse.com | Litigation | Unliquidated Disputed | | | $534,478.55 |
| 7. Sparrows Offshore LLC Dept - 3628 PO Box 123628 Dallas, TX 75312-3628 | Guy Mirro Tel: 713-896-0002 Email: us@sparrowsgroup.com | Trade Debt | | | | $416,025.00 |
| 8. C-Dive, LLC PO Box 2968 Houma, LA 70361 | Guy Broussard Tel: Email: stassi@carverdarden.com | Litigation | Unliquidated Disputed | | | $352,838.00 |
| 9. US Dept. of Commerce - NOAA Attn: Farron Wallace 4700 Avenue U Galveston, Texas 77551 | Patrick Somers Tel: 301-444-2144 Email: megan.kesterson@noaa.gov | Trade Debt | | | | $240,739.00 |
| 10 Demex International Inc. 7144 Dummyline Road Picayune, MS 39466 | Gary DeMarsh Tel: 228-255-7584 Email: gary@demex.us | Trade Debt | Unliquidated | | | $219,698.00 |
| 11 Harvey Gulf International 701 Poydras St. Ste. 3700 New Orleans, LA 70139 | Benjamin Kadden Tel: (504) 348-2466 Email: patrick.comers@harveygulf.com | Trade Debt | Unliquidated | | | $144,949.40 |
| 12 DLS, LLC 701 Robley Drive Suite 104 Lafayette, LA 70503 | Scott McPherson Tel: 337-924-7444/Billing Email: misty@dls-energy.com | Trade Debt | Unliquidated | | | $105,933.52 |
| 13 Lugenbuhl, Wheaton, Peck, Rankin & Hubbard 601 Poydras St Suite 2775 New Orleans, LA 70130 | Charlette Petkovich Tel: 504-568-1990 Email: bkadden@lawla.com | Professional Services | | | | $88,405.71 |

**Exhibit A**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 River Rental Tools Inc 109 Derrick Road Belle Chasse, LA 70037 | J. Cline Tel: (504) 392-9775 Email: jcline@rrtmax.com | Trade Debt | Unliquidated | | | $76,589.75 |
| 15 SNOW & GREEN LLP PO Box 549 Hockley, TX 77447 | Amy Porche; Martin Bohman (counsel - 504-930-4022) Tel: 713-335-4800 Email: ken@snow-green.com | Professional Services | | | | $49,083.55 |
| 16 Specialty Offshore, Inc. PO Box 2853 Hammond, LA 70404 | Jessica Cline Tel: 985-542-8770 Email: mletellier@sdive.com | Trade Debt | | | | $47,366.85 |
| 17 Ten-M Marine LLC 4808 Coulon St Lafitte, LA 70067 | Morgan Perrin Tel: (504) 416-8392 Email: mike@madmaxmarine.com | Trade Debt | Unliquidated | | | $45,000.00 |
| 18 GOL, LLC P.O. Box 309 Raceland, LA 70394 | Ken Green Tel: 985-532-1060 Email: guj@gulf-log.com | Trade Debt | | | | $37,765.06 |
| 19 Blackwater Diving LLC PO Box 948 Amelia, LA 70340 | Kevin Lorio Tel: 985-631-3770 Email: kristiei@blackwaterdiv.com | Trade Debt | | | | $25,718.00 |
| 20 McDonough Marine Service PO Box 919227 Dallas, TX 75391 | Mike Perrin - 504-908-2800 Tel: 504-780-8100 Email: cpetkovich@mcdonoughmarine.com | Trade Debt | | | | $4,625.00 |

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JAB ENERGY SOLUTIONS II, LLC | Case No. 21-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

| | |
|---|---|
| Name: | Allison Marine Holdings, LLC |
| Address: | 19221 I-45 South |
| | Suite 324 |
| | Shenandoah, TX 77385 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JAB ENERGY SOLUTIONS II, LLC | Case No. 21-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Number of Securities | Kind of Interest |
|---|---|---|
| Allison Marine Holdings, LLC 19221 I-45 South Suite 324 Shenandoah, TX 77385 | 100% | Units |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JAB ENERGY SOLUTIONS II, LLC | Case No. 21-_____ (___) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and debtor in possession (the "Debtor")[1] hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

---

[1] The last four digits of the Debtor's taxpayer identification number are (3625).

Acadiana Valve Services & Supply, LLC
3670 Underwood
LaPorte, TX 77571


Acme Truck Line Inc
Msc-410683
P O Box 415000
Nashville, TN 37241


Advanced Office Products
620 Romero Street
Lake Charles, LA 70607


adWhite
33300 Egypt Lane
STE. F300
Magnolia, TX 77354


Aflac
Legal Dept
1932 Wynnton Road
Columbus, GA 31999


AJ Rentals Workdog (Andy Kulka)
DBA AJ Rentals Workdog Inc.
405 Rue Carnot
Carencro, LA 70520


Alan Vando
REDACTED

Aldine I.S.D.
P.O. Box 203989
Houston, TX 77216


ALLIANCE OVERNIGHT DOCUMENT SERVICE
400 Poydras Street
Suite 1480
New Orleans, LA 70130


Alpha Rentals LLC
PO Box 1470
Broussard, LA 70518


American Eagle
PO Box 896829
Charlotte, NC 28289


American Express
P. O. Box 650448
Dallas, TX 75265


American Recovery, LLC
16201 East Main Street
Cut Off, LA 70345


Anchor Marine & Industrial Supply, Inc.
PO Box 58645
Houston, TX 77258


Ann Harris Bennett
Tax Assessor-Collector

Exhibit A

P.O. Box 4622
Houston, TX 77210


Aqua-Tech Solutions, LLC
115 Nova Dr
Broussard, LA 70518


ARO Solutions, LLC
14825 St. Mary's Lane
Suite 102
Houston, TX 77079


Arthur J. Gallagher
Risk Management Services, Inc.
PO Box 532143
Atlanta, GA 30353


Ashtead Technology Offshore, Inc.
14825 North West Freeway
Suite 900
Houston, TX 77040


AT&T
P.O. Box 105262
Atlanta, GA 30348


Becky Sandlin
REDACTED


Becnel Rental Tools LLC
340 Technology Lane
Gray, LA 70359

Blackwater Diving LLC
112 Forrest Rd
Morgan City, LA 70380


Blue Cross of Louisiana
P.O. Box 261798
Baton Rouge, LA 70826


Brent Boudreaux
REDACTED


BS&G Rentals LLC
P O Box 545
Broussard, LA 70518


Capital One Corporate Card
201 St. Charles Avenue, 29Th Floor
New Orleans, LA 70170


Castlegate Credit Opportunity Fund, LLC
C/O Lincolnshire, 40th Floor
New York, NY 10017


C-Dive, LLC
1011 Saadi St
Houma, LA 70363

Chet Morrison Contractors LLC
P O Box 3301
Houma, LA 70361


Clean Gulf Associates, Inc
Dept. #368
PO Box 4869
Houston, TX 77210


Community Coffee
P.O. Box 679510
Dallas, TX 75267


Corporation Service Company
CSC
PO Box 13397
Philadelphia, PA 19101


CP2 Realty Holdings
1535 West Loop South
Suite 450
Houston, TX 77027


C-Port Stone
16201 East Main St
Cut Off, LA 70345


Craig Griffith
REDACTED

Exhibit A

Crosby Tugs, LLC
17751 LA-3235
Galliano, LA 70354


CUDD Pressure Control Inc
CUDD Energy Services
PO Box 203379
Dallas, TX 75320


Dan Strickland
dba Logistics Dispatch Management
P.O. Box 1166
Lynn Haven, FL 32444


Delaware Secretary of State
P.O. Box 5509
Binghamton, NY 13902


Delta Rigging & Tools
102 Nova Dr
Broussard, LA 70518


Demex International Inc.
7144 Dummyline Road
Picayune, MS 39466


Disa Inc.
Dept 3731
Po Box 123731
Dallas, TX 75312

Dishman & Bennett Specialty Co, Inc.
PO Box 287
Houma, LA 70361


DLS, LLC
701 Robley Drive
Suite 104
Lafayette, LA 70503


Double L Ranch & Wildlife Feed
3225 Junction Hwy
Ingram, TX 78025


DTN, LLC
26385 Network Place
Chicago, IL 60673


Eagle Oilfield Inspection Service, Inc.
P.O. Box 695
Broussard, LA 70518


Eaton Oil Tools, Inc
P. O. Box 1050
Broussard, LA 70518


Ecoserv, LLC
9525 US Highway 167
Abbeville, LA 70510


Encore Food Services  L.L.C.
P.O. Box 4193
Houma, LA 70361

Exhibit A

Engineering Corporation of Louisiana
PO Box 51944
Lafayette, LA 70505


Epic Companies LLC
PO Box 840822
Dallas, Tx 75284


EPIC Software Group
701 Sawdust Road
Spring, TX 77380


Extreme Energy Services
1016 QCP Park Dr
Broussard, LA 70518


Fab-Con, Inc.
PO Box 520
Gonzales, LA 70707


FDF Energy Services, LLC
PO Box 677438
Dallas, Tx 75267


Federal Express
P.O. Box 94515
Palatine, IL 60094

Fire & Safety Specialists
P.O. Box 60639
Lafayette, LA 70596


Focus Safety Services  L.L.C.
Po Box 52896
Lafayette, LA 70505


Forefront Emergency Management, LP
2802 Flintrock Trace
Suite B104
Lakeway, TX 78738


Fugro USA Marine, Inc.
PO Box 301114
Dallas, TX 75303


Gage Lange
REDACTED


Garmark SBIC Fund II LP
One Landmark Square, Suite 600
Stanford, CT 06901


GOL, LLC
4535 Highway 308
Raceland, LA 70394


Guardian Insurance Company
Appleton
P O Box 677458
Dallas, TX 75267

Gulf Coast Business Credit
For Acct of EPS Logistics Company
PO Box 731152
Dallas, TX 75373


H & H Well Service, Inc
PO Box 9439
New Iberia, LA 70562


Harvey Gulf International
701 Poydras St.
Ste. 3700
New Orleans, LA 70139


HB Rentals, LC
5813 Highway 90 East
Broussard, LA 70518


Hertz Lake Charles One LLC
One Lakeshore Drive
Suite 560
Lake Charles, LA 70629


Highlander Hot Shot Service
PO Box 2514
Edinburg, TX 78540


Holloway Houston Inc.
5833 Armour Drive
Houston, TX 77020

Exhibit A

Homegrown Energy - McBryde, LP
PO Box 290207
Kerrville, TX 78029


IHS Global Inc.
P.O. Box 847193
Dallas, TX 75284


Impact Selector International
6740 Horizon Road
Heath, TX 75032


INST & ELEC TECHNOLOGIES
600 Saint Etienne Road
Broussard, LA 70518


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


International Construction Equipment, Inc
PO Box 402494
Atlanta, GA 30384


Iron Mountain
P. O. Box 915004
Dallas, TX 75391

ISN Software Corporation
P O Box 841808
Dallas, TX 75284


Jason Johnston
REDACTED


Jim Alexander
REDACTED


Jody Lange
REDACTED


John W. Stone Oil Distributor, LLC
Dept. 322
P.O. Box 4869
Houston, TX 77210


Johnny Boudreaux
REDACTED


Joseph Begnaud
REDACTED


Josh Towns
REDACTED


Keith Hotard
30 Morning Arbor Place
The Woodlands, TX 77381

Kentwoo
PO Box 1669
Kenner, LA 70063


Kentwood Spring Water
P.O. Box  660579
Dallas, TX 75266


LAY, PITMAN & ASSOCIATES, INC
2300 Marsh Point Road
#303
Neptune Beach, FL 32266


Lexco Data Systems L.P.
Po Box 692372
Houston, TX 77269


Loretta Greenleaf
REDACTED


Louisiana Department of Natural Resources
PO Box 44277
Baton Rouge, LA 70804


Louisiana Dept of Wildlife & Fisheries
Conservation Fund
2000 Quail Dr
Baton Rouge, LA 70808

Exhibit A

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St
Suite 2775
New Orleans, LA 70130


Mackey Lange
REDACTED


Madere Fleeting Services, LLC
PO Box 850
Belle Chasse, LA 70037


MadMax Marine, LLC
Lisa Perrin
5083 Shell Rd
Lafitte, LA 70067


Magnum Mud Equipment Co Inc
P.O. Box 4258
Houma, LA 70361


Manson Construction Co
PO Box 2917
Houma, LA 70361


Mark Deroche
REDACTED


Martin Energy Services LLC
Three Riverway
Ste 400
Houston, TX 77056

McDonough Marine Service
3500 North Causeway Blvd
Ste 900
Metairie, LA 70002


Miles Thomas Law, LLC
8011 Sycamore Street
New Orleans, LA 70118


Nepavision Web LLC
701 Sawdust Rd
The Woodlands, TX 77380


Newlin Rentals-Repair & Supplies Inc.
2200 Elm St
Morgan City, LA 70380


Oceaneering International Inc.
PO Box 731943
Dallas, TX 75373


Office Depot-Houston
P.O. Box 660113
Dallas, TX 75266


Offshore Liftboats LLC
P.O. Box 398
Cut Off, LA 70345

Exhibit A

Offshore Marine Contractors, Inc.
133 West 113th Street
Cut Off, LA 70345

Offshore Specialty Fabricators Inc.
115 Menard Rd
Houma, LA 70363

Offshore Technical Compliance, LLC
1598 Ochsner Blvd
Suite A
Covington, LA 70433

Offshore Technical Solutions
690 South Hollywood Road
Houma, LA 70360

Oil States Skagit Smatco LLC
P O Box 54983
New Orleans, LA 70154

Parkway Communications
819 Commons Lake Edge Dr.
Huffman, TX 77336

Patriot Group
5000 Terminal St
Bellaire, TX 77401

PEC Safety
Attn: Veriforce
300 Holiday Square

Ste 200
Covington, LA 70433


Peregrine Oil & Gas LP
675 Bering Drive
Suite 620
Houston, TX 77057


Piling, Inc.
210 21st Street South
Texas City, TX 77590


Pioneer Coiled Tubing Services, LLC
PO Box 203674
Dallas, TX 75320


Power Torque Services LLC
PO Box 539
Bourg, LA 70343


Premier Tugs, LLC
PO Box 13707
New Iberia, LA 70562


Premium Oilfield Services, LLC
PO Box 203763
Dallas, TX 75320


Proserv Operations Inc.
PO Box 204311
Dallas, TX 75320

PSC Industrial Holdings, Corp.
PSC Industrial Outsourcing, LP
PO Box 952304
Dallas, TX 75395


QUIKRETE Holdings, Inc.
The Quikrete Companies, LLC
dba Custom Crete
Atlanta, GA 31193


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101


R360 Environmental Solutions LLC
P.O Box 671766
Dallas, TX 75267


RigNet Inc
PO Box 941629
Houston, TX 77094


River Rental Tools Inc.
109 Derrick Road
Belle Chasse, LA 70037


Robert Rieck
REDACTED

Rodger Williamson
REDACTED


RP Southwood, LP
Moody Rambin Interests
1455 West Loop S. Ste 700
Houston, TX 77027


Samuel McInnis
REDACTED


Shore Offshore Services, LLC
PO Box 1159
Amelia, TX 70340


Sidd & Associates, LLC
9234 Edgeloch Dr.
Spring, TX 77379


Smyser Kaplan & Veselka, LLP
700 Louisiana
Ste 2300
Houston, TX 77002


SNOW & GREEN LLP
22255 Roberts Cemetery Rd
Hockley, TX 77447-9580


Sparrows Offshore LLC
6707 Northwinds Drive
Houston, TX 77041

Specialty Offshore, Inc.
24358 Gliderport Rd
Loranger, LA 70446


Stansbury & Associates LLC
PO Box 1673
Morgan City, LA 70381


Star Measurement
PO Box 61704
Lafayette, LA 70596


StormGeo, Inc.
Dept 3728
PO Box 123728
Dallas, TX 75312


Stranco Rental LLC
Po Box 10158
Houma, LA 70363


Tammy J. McRae, PCAC
Tax Assessor-Collector
Montgomery County
400 N. San Jacinto St.
Conroe, TX 77301


Team Industrial Services, Inc.
P.O. Box 842233
Dallas, TX 75284

Technology Professionals LLC
P.O. Box 4175
Houma, LA 70361


Ten-M Marine LLC
4808 Coulon St
Lafitte, LA 70067


Tetra Applied Technologies
P.O. Box 841185
Dallas, TX 75284


Texas Artificial Reef Fund
Texas Parks & Wildlife Department
c/o Artificial Reef Fund
4200 Smith School Rd
Austin, TX 78744


The Hartford-Priority Accounts
Group Benefits Division
P.O. Box 8500-3690
Philadelphia, PA 19178


The Spirit Golf Association
2441 High Timbers
Suite 430
The Woodlands, TX 77380


The Strong Firm P.C.
Hughes Landing Two
1790 Hughes Landing Blvd.
Suite 200
The Woodlands, TX 77380

Thomas Tools
PO Box 732868
Dallas, TX 75373


Tiger Offshore Rentals, LLC
PO Box 733252
Dallas, TX 75373


Tigress Environmental & Dockside Svs
320 Jacqulyn Street
Abbeville, LA 70510


Todd A. Hubble
2706 Bethel Mills Ct.
Katy, TX 77494


Tom R Bode
REDACTED


Tommy Johnson
REDACTED


Tom's Marine & Salvage, LLC
3008 Jean Lafitte Blvd
Lafitte, LA 70067


Tony Mancuso
Sheriff & Tax Collector

Exhibit A

PO Box 1450
Lake Charles, LA 70602-1450


Trent Mitchell
REDACTED


Trussco
4500 NE Evangeline Thruway
Carencro, LA 70520


Turnkey Offshore Project Services, LLC
8506 Shrimpers Row
Dulac, LA 70353


United Vision Logistics
P.O. Box 975357
Dallas, TX 75397


US Aqua Services, LLC
PO Box 10087
New Iberia, LA 70562


US Dept. of Commerce - NOAA
Attn:  Farron Wallace
4700 Avenue U
Galveston, TX 77551


Veriforce
300 Holiday Square Blvd
Suite 100
Covington, LA 70433

Versabar Inc.
1111 Engineers Road
Belle Chasse, LA 70037


War Horse Fishing & Rental Tools Inc.
2049 Flour Bluff Dr.
Corpus Christi, TX 78418


Weather Decision Technologies, Inc.
Box 325
Norman, OK 73070


Wells Fargo Bank, National Association, as Administrative Agent
1700 Lincoln Street, 3rd Flr.
MAC C7300-033
Denver, CO 80203


West Side Calhoun County Navigation District
PO Box 189
Seadrift, TX 77983


West Wind Helicopters Inc.
P.O. Box 929
Santa Fe, LA 77517


Wet Tech Energy, Inc.
PO Box 310
Milton, LA 70558

WP Realty LP
dba Whispering Pines Golf Club
1532 Whispering Pines Drive
Trinity, TX 75862