UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC | * | CIVIL ACTION |
| | * | NO. 21-672 |
| VERSUS | | |
| | * | CONMAG DIV. (2) (M.J. CURRAULT) |
| JAB ENERGY SOLUTIONS, LLC, ET AL. | | |

## ORDER

Considering the Notice of Commencement of Bankruptcy Case for JAB Energy Solutions II, LLC (ECF No. 46) filed by Defendant JAB Energy Solutions II, LLC,

IT IS ORDERED that this action is **STAYED** and **ADMINISTRATIVELY CLOSED** pending resolution of *In re JAB Energy Solutions II, LLC,* Case No. 21-11226-CTG, United States Bankruptcy Court for the Southern District of Delaware. Any party may file a written motion to reopen the proceedings within THIRTY (30) DAYS after the bankruptcy stay is terminated.

Dated this 9th day of September, 2021.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE