UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO: 2:21-cv-00672 |
| VERSUS | * * | JUDGE AFRICK |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * * *

### TOPS' MOTION TO RE-OPEN THIS MATTER AGAINST JAB, BOUDREAUX & ALLISON MARINE AND TO SEVER JAB II FROM THIS LAWSUIT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Turnkey Offshore Project Services, LLC and moves this Court to re-open this administratively closed matter against only the defendants Brent Boudreaux, JAB Energy Solutions, LLC and Allison Marine Holdings, LLC and to sever defendant, JAB Energy Solutions, II, LLC from this instant lawsuit, all is more fully set out in the attached Memorandum in Support.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation


*/s/ George Nalley*
GEORGE J. NALLEY, JR.                    (9883)
Suite 100
2450 Severn Avenue
Metairie, LA  70001
(504) 838-8188