UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO: 2:21-cv-00672 |
| | * | JUDGE AFRICK |
| VERSUS | * * | |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that *TOPS' Motion to Re-Open this Matter Against JAB, Boudreaux & Allison Marine and to Sever JAB II from this Lawsuit* is hereby set for submission before Magistrate Judge Donna Currault on December 1, 2021, at 11:00 a.m.

                                                          Respectfully submitted,

                                                         NALLEY AND DEW
                                                         A Professional Law Corporation

                                                         */s/ George Nalley*
                                                         GEORGE J. NALLEY, JR.      (9883)
                                                         Suite 100
                                                         2450 Severn Avenue
                                                         Metairie, LA 70001
                                                         (504) 838-8188