# NALLEY and DEW
A PROFESSIONAL LAW CORPORATION
SUITE 100
2450 SEVERN AVENUE
METAIRIE, LOUISIANA 70001

GEORGE J. NALLEY, JR. [1]　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (504) 838-8188
DONA J. DEW [2]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FACSIMILE:　(504) 838-0008
ANDREW J. MINER [3]
SARAH L. CHANCELLOR

[1] ALSO ADMITTED IN THE STATE OF TEXAS
[2] ALSO ADMITTED IN THE STATES OF FLORIDA (INACTIVE) AND TEXAS
[3] ALSO ADMITTED IN THE STATE OF MISSISSIPPI

October 12, 2021

**Email:** mlitvak@pszjlaw.com
Maxim B. Litvak, Esq.
PACHULSKI, STANG, ZIEHL & JONES

　　　　　　　　　　　　　　　　　　Re:　In re JAB Energy Solutions, II, LLC
　　　　　　　　　　　　　　　　　　　　Case No: 21-11226 (CTG)
　　　　　　　　　　　　　　　　　　　　Our File: 59.16

Dear Max:

　　This letter will follow up our recent telephone conversations, as well as your October 8, 2021 correspondence to me regarding our Motion to Aid in Consummation of the Confirmed Third Amended Plan of Reorganization, which we filed in the Black Elk Energy bankruptcy in Houston last week. While I do not agree with the substantive assertions that you made in your letter, upon further consideration, we are going to file a motion to withdraw that pleading from the Black Elk bankruptcy. Accordingly, I will be preparing the necessary motion to effect that withdrawal of our motion, which I will file with the Court tomorrow.

　　Should you have any questions or need any additional information, please do not hesitate to contact me.

　　　　　　　　　　　　　　　　　　　　　　　Cordially,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ George Nalley/*

　　　　　　　　　　　　　　　　　　　　　　　GEORGE J. NALLEY, JR.

GJN\cp

**Exhibit B**