UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, INC. | CIVIL ACTION |
| | NO. 21-672 |
| VERSUS | |
| | MAG. J. CURRAULT |
| JAB ENERGY SOLUTIONS, LLC, ET AL | |

**ORDER**

Considering Defendants' request for oral argument (ECF No. 51) on Plaintiffs' Motion to Reopen against certain Defendants (ECF No. 49),

**IT IS ORDERED** that oral argument is scheduled for Wednesday, **December 1, 2021, at 11:00 a.m.** before Magistrate Judge Donna Phillips Currault, 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.  The hearing will be conducted **in person.**[1]

New Orleans, Louisiana, this 24th day of November, 2021.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] All individuals seeking entry to the United States District Court for the Eastern District of Louisiana (including chambers and courtrooms) must provide proof of vaccination or negative PCR test taken within 72 hours before entry. The Court will provide a rapid test to be self-administered prior to entry for anyone who does not have the required credentials. The mask mandate and screening requirements of COVID-19 General Order 21-15 remain in effect.