MINUTE ENTRY
CURRAULT, M.J.
DECEMBER 1, 2021
MJSTAR: 0:27

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| TURNKEY OFFSHORE PROJECT SERVICES, INC. | * | CIVIL ACTION |
|---|---|---|
| | * | NO. 21-672 |
| VERSUS | | |
| | * | MAGISTRATE JUDGE |
| JAB ENERGY SOLUTIONS, LLC, ET AL. | | DONNA PHILLIPS CURRAULT |

At the request of counsel (*see* ECF Nos. 51, 52), oral argument was held in-person on this date on Plaintiff's Motion to Reopen (ECF No. 49). Defendants timely filed an opposition. ECF No. 50.

Participating were:   George Nalley for Plaintiff;

Miles C. Thomas, for all Defendants.

The Court heard arguments from both parties. Considering the record, the applicable law, and arguments of counsel, and for the reasons stated on the record,

IT IS ORDERED that Plaintiff's Motion to Reopen this Matter against JAB, Boudreaux, and Allison Marine Holdings and Motion to Sever JAB II from this Lawsuit (ECF No. 49) is DENIED.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE