# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT** | * | **Civ. No. 2:21-cv-672 DPC** |
| **SERVICES, LLC** | * | |
| | * | **MAG. JUDGE: Donna Phillips Currault** |
| **VERSUS** | * | |
| | * | |
| **BRENT BOUDREAUX,** | * | |
| **JAB ENERGY SOLUTIONS, LLC,** | * | |
| **JAB ENERGY SOLUTIONS II, LLC, &** | * | |
| **ALLISON MARINE HOLDINGS, LLC** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANT JAB ENERGY SOLUTIONS II, LLC'S MOTION TO REOPEN CASE SOLELY TO PERMIT FILING OF MOTION TO MODIFY PRELIMINARY INJUNCTION

Defendant JAB Energy Solutions II, LLC ("JAB II") hereby moves (the "Motion to Reopen") this Court to lift the stay of this proceeding and reopen this case solely to allow JAB II to file a motion (the "Injunction Modification Motion") to modify the preliminary injunction (the "Injunction") entered by this Court on August 10, 2021 pursuant to that certain *Order and Reasons* [Docket Do. 36] in light of recent events that transpired in JAB II's bankruptcy case (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). In support of the Motion to Reopen, JAB II relies upon the Memorandum of Law being filed simultaneously herewith. For the reasons set forth in the Memorandum of Law, JAB II respectfully requests that this Court lift the stay of this proceeding and reopen this case solely to permit JAB II to file the Injunction Modification Motion and for this Court to rule on the same.

Dated: March 17, 2022

**MILES THOMAS LAW, LLC**

*/s/ Miles C. Thomas*
Miles Channing Thomas, Esq. T.A. #31342
8011 Sycamore Street
New Orleans, LA 70118
(864-380-3838)
mthomas@milesthomaslaw.com

   -and-

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (DE Bar No. 2436)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone:    302-652-4100
Facsimile:    302-652-4400
Email:    ljones@pszjlaw.com
          mlitvak@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel to JAB Energy Solutions II, LLC*

DOCS_DE:238672.3 42899/001