# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | Civ. No. 2:21-cv-672 DPC |
| | * | MAG. JUDGE: Donna Phillips Currault |
| **VERSUS** | * | |
| | * | |
| **BRENT BOUDREAUX,** | * | |
| **JAB ENERGY SOLUTIONS, LLC,** | * | |
| **JAB ENERGY SOLUTIONS II, LLC, &** | * | |
| **ALLISON MARINE HOLDINGS, LLC** | * | |
| ************************************ | | |

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT JAB ENERGY SOLUTIONS II, LLC'S MOTION TO REOPEN CASE SOLELY TO PERMIT FILING OF MOTION TO <u>MODIFY PRELIMINARY INJUNCTION</u>

Defendant JAB Energy Solutions II, LLC ("JAB II") submits this Memorandum of Law in support of its motion (the "Motion to Reopen") to lift the stay of this proceeding and reopen this case solely to allow JAB II to file a motion (the "Injunction Modification Motion") to modify the preliminary injunction (the "Injunction") entered by this Court on August 10, 2021 pursuant to that certain *Order and Reasons* [Docket Do. 36] in light of recent events that transpired in JAB II's bankruptcy case (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Injunction Modification Motion JAB II proposes to file if this Motion to Reopen is granted is attached hereto as **Exhibit A**. In support of the Motion to Reopen, JAB II respectfully states as follows:

### Facts Relevant to this Motion

On September 9, 2021, this Court entered its Order [Docket No. 48] staying and administratively closing this case pending termination of the automatic stay in the Bankruptcy

Case.[1] As described in greater detail in the Injunction Modification Motion, JAB II, at the suggestion of the Bankruptcy Court, seeks modification of the Injunction (as defined in the Injunction Modification Motion) solely to permit JAB II to effectuate a settlement approved by the Bankruptcy Court (the "Settlement").

As part of the Settlement, certain parties have agreed to disburse funds to an escrow account where, except for a payment to the Texas Parks and Wildlife Department, the funds will remain pending further order of the Bankruptcy Court adjudicating JAB II and Turnkey Offshore Project Services, LLC's ("TOPS") dispute over the settlement proceeds. Modification of the Injunction is a critical step because the payors to the Settlement do not want to run afoul of the Injunction. Moreover, TOPS threatened litigation against each of the payors if they distributed funds to the escrow pursuant to the terms of the Settlement. Accordingly, JAB II respectfully requests that this Court lift the stay of this proceeding and reopen this case solely to permit JAB II to file the Injunction Modification Motion and for this Court to rule on the same.

| | |
|---|---|
| Dated: March 17, 2022 | **MILES THOMAS LAW, LLC** |
| | */s/ Miles C. Thomas* |
| | Miles Channing Thomas, Esq. T.A. #31342 |
| | 8011 Sycamore Street |
| | New Orleans, LA 70118 |
| | (864-380-3838) |
| | mthomas@milesthomaslaw.com |
| | |
| | -and- |
| | |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | Wilmington, DE 19899-8705 |

---

[1] TOPS request for relief from the automatic stay was denied by the Bankruptcy Court.

|  |  |
|---|---|
| Telephone: | 302-652-4100 |
| Facsimile: | 302-652-4400 |
| Email: | ljones@pszjlaw.com |
|  | mlitvak@pszjlaw.com |
|  | crobinson@pszjlaw.com |

*Counsel to JAB Energy Solutions II, LLC*