# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | Civ. No. 2:21-cv-672 DPC |
| | * | MAG. JUDGE: Donna Phillips Currault |
| **VERSUS** | * * | |
| **BRENT BOUDREAUX, JAB ENERGY SOLUTIONS, LLC, JAB ENERGY SOLUTIONS II, LLC, & ALLISON MARINE HOLDINGS, LLC** | * * * * | |
| ************************************ | | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that JAB II's *Motion to Reopen Case Solely to Permit Filing of Motion to Modify Preliminary Injunction* is hereby set for submission before Magistrate Judge Donna Currault on April 6, 2022, at 11:00 a.m.

**MILES THOMAS LAW, LLC**

*/s/ Miles C. Thomas*
Miles Channing Thomas, Esq. T.A. #31342
8011 Sycamore Street
New Orleans, LA 70118
(864-380-3838)
mthomas@milesthomaslaw.com

   -and-

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (DE Bar No. 2436)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone:   302-652-4100
Facsimile:   302-652-4400
Email:   ljones@pszjlaw.com
            mlitvak@pszjlaw.com
            crobinson@pszjlaw.com

*Counsel to JAB Energy Solutions II, LLC*