IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JAB Energy Solutions II, LLC[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11226 (CTG)<br><br>Re: D.I. 149 |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Turnkey Offshore Project Services, LLC ("TOPS") and Offshore Technical Solutions, LLC ("OTS," and together with TOPS, collectively the "Appellants") hereby appeal to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 158(a)(1) and Rules 8002(a)(1) and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Order Approving Debtor's Settlement Agreement Regarding Decommissioning of High Island A370 Project* (D.I. 149) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the names of all the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| **Turnkey Offshore Project Services, LLC, Appellant** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Matthew B. Harvey (No. 5186)<br>Joseph C. Barsalona II (No. 6102)<br>Brian Loughnane (No. 6853) |

---

[1] The last four digits of the Debtor's U.S. tax identification number are 3625. The Debtor's mailing address is 19221 I-45 South, Ste. 324, Shenandoah, TX 77385.



| | |
|---|---|
| | 1201 N. Market St., 16th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: mharvey@morrisnichols.com<br>       jbarsalona@morrisnichols.com<br>       bloughnane@morrisnichols.com<br><br>**NALLEY, DEW, AND MINER, APLC**<br>A Professional Law Corporation<br>George J. Nalley, Jr. (admitted *Pro Hac Vice*)<br>2450 Severn Avenue<br>Metairie, LA 70001<br>Telephone: (504) 838-8188<br>Email: george@gnalley.com<br><br>**RICHARD W. MARTINEZ, APLC**<br>Richard W. Martinez (admitted *Pro Hac Vice*)<br>3500 N. Hullen St.<br>Metairie, LA 70002<br>Telephone: (504) 525-3343<br>Email: richard@rwmaplc.com |
| **Offshore Technical Solutions, LLC, Appellant** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Matthew B. Harvey (No. 5186)<br>Joseph C. Barsalona II (No. 6102)<br>Brian Loughnane (No. 6853)<br>1201 N. Market St., 16th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: mharvey@morrisnichols.com<br>       jbarsalona@morrisnichols.com<br>       bloughnane@morrisnichols.com<br><br>**BOHMAN MORSE, LLC**<br>Martin S. Bohman (admitted *Pro Hac Vice*)<br>400 Poydras Street, Suite 2050<br>New Orleans, LA 70130<br>Telephone: (504) 930-4009<br>Facsimile: (888) 757-6899<br>Email: martin@bohmanmorse.com |

| | |
|---|---|
| **JAB Energy Solutions II, LLC, Appellee** | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones (No. 2436)<br>Maxim B. Litvak (admitted *Pro Hac Vice*)<br>Colin R. Robinson (No. 5524)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>Telephone: (302)-652-4100<br>Facsimile: (302)-652-4400<br>Email: ljones@pszjlaw.com<br>      mlitvak@pszjlaw.com<br>      crobinson@pszjlaw.com |

Dated: March 17, 2022  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Joseph C. Barsalona II*
Matthew B. Harvey (No. 5186)
Joseph C. Barsalona II (No. 6102)
Brian Loughnane (No. 6853)
1201 N. Market St., 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: mharvey@morrisnichols.com
    jbarsalona@morrisnichols.com
    bloughnane@morrisnichols.com

*Counsel to Turnkey Offshore Project Services, LLC and Offshore Technical Solutions, LLC*

– and –

**NALLEY, DEW, AND MINER, APLC**
A Professional Law Corporation
George J. Nalley, Jr. (admitted *Pro Hac Vice*)
2450 Severn Avenue
Metairie, LA 70001
Telephone: (504) 838-8188
Email: george@gnalley.com

– and –

**RICHARD W. MARTINEZ, APLC**
Richard W. Martinez (admitted *Pro Hac Vice*)

3500 N. Hullen St.
Metairie, LA 70002
Telephone: (504) 525-3343
Email: richard@rwmaplc.com

*Counsel to Turnkey Offshore Project Services, LLC*

– and –

**BOHMAN MORSE, LLC**
Martin S. Bohman (admitted *Pro Hac Vice*)
400 Poydras Street, Suite 2050
New Orleans, LA 70130
Telephone: (504) 930-4009
Facsimile: (888) 757-6899
Email: martin@bohmanmorse.com

*Counsel for Offshore Technical Solutions, LLC*