| Debtor | **JAB Energy Solutions II, LLC** | Case number (if known) | **21-11226 (CTG)** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address<br>Offshore Technical Compliance, LLC<br>1598 Ochsner Blvd<br>Suite A<br>Covington, LA 70433<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Litigation**<br>Is the claim subject to offset? ■ No  ☐ Yes | $534,478.55 |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address<br>River Rental Tools Inc<br>109 Derrick Road<br>Belle Chasse, LA 70037<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $76,589.75 |
| 3.21 | Nonpriority creditor's name and mailing address<br>SNOW & GREEN LLP<br>PO Box 549<br>Hockley, TX 77447<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $39,083.55 |
| 3.22 | Nonpriority creditor's name and mailing address<br>Sparrows Offshore LLC<br>6707 Northwinds Drive<br>Houston, TX 77041<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $416,025.00 |
| 3.23 | Nonpriority creditor's name and mailing address<br>Specialty Offshore, Inc.<br>PO Box 2853<br>Hammond, LA 70404<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $47,366.85 |
| 3.24 | Nonpriority creditor's name and mailing address<br>Ten-M Marine LLC<br>4808 Coulon St<br>Lafitte, LA 70067<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $45,000.00 |
| 3.25 | Nonpriority creditor's name and mailing address<br>**Texas Parks and Wildlife Department**<br>**Artifical Reef Program**<br>4200 Smith School Road<br>Austin, TX 78744<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$878,243.00** |


EXHIBIT E