UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO: 2:21-cv-00672 |
| VERSUS | * * | JUDGE AFRICK |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

### MOTION BY TURNKEY OFFSHORE PROJECT SERVICES, LLC TO REOPEN THIS MATTER

NOW INTO COURT, through undersigned counsel, comes Turnkey Offshore Project Services, LLC (TOPS), who moves this Court to reopen this matter, so this Court can consider issues, which TOPS respectfully submits have been made ripe for adjudication by this Court at this time. As more fully set forth in the attached Memorandum in Support, TOPS submits that it is appropriate for this Court to reopen this case to consider multiple issues regarding the Black Elk High Island <u>funds</u> that are already subject to this Court's Injunction. As set forth in TOPS's related pleadings, this Court's intervention is necessary to protect the funds that are subject to this Court's Injunction.

Accordingly, TOPS respectfully requests that this Court reopen this matter to address these additional issues as set forth in the attached Memorandum, and as more particularly addressed in TOPS Motion and Memorandum to Maintain the Injunction as to the Black Elk funds and to Confirm this Court's Continuing Jurisdiction to Ultimately Decide all Aspects of the Matter Before it Notwithstanding TOPS having filed a Proof of Claim in the Bankruptcy proceeding.

TOPS further requests leave of Court to file the attached Motion and Memorandum for this Court's further consideration.

Respectfully submitted,

NALLEY, DEW and MINER
A Professional Law Corporation


    */s/ George Nalley*
GEORGE J. NALLEY, JR.    (9883)
DONA J. DEW    (1329)
Suite 100
2450 Severn Avenue
Metairie, LA 70001
(504) 838-8188
Attorneys for TOPS
george@gnalley.com
dona@gnalley.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 1st day of April, 2022 served a copy of the foregoing pleading on counsel for all parties to this proceeding by email, facsimile, and/or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

    */s/George Nalley*
NALLEY, DEW and MINER, APLC