UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO: 2:21-cv-00672 |
| | * | JUDGE AFRICK |
| VERSUS | * * | |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO MAINTAIN THE INJUNCTION AS TO THE BLACK ELK FUNDS AND TO CONFIRM THIS COURT'S CONTINUING JURISDICTION TO ULTIMATELY DECIDE ALL ASPECTS OF THE MATTER BEFORE IT NOTWITHSTANDING TOPS HAVING FILED A PROOF OF CLAIM IN THE BANKRUPTCY PROCEEDING

NOW INTO COURT, through undersigned counsel, comes Turnkey Offshore Project Services, LLC (TOPS), who moves this Court to maintain the injunction on and the status of the Black Elk Funds as an asset independent of JAB II's Bankruptcy proceeding. TOPS further moves this Court to confirm its continuing jurisdiction to ultimately decide all aspects of the matter before it notwithstanding TOPS having filed a Proof of Claim in the Bankruptcy proceeding. TOPS respectfully submits that these issues are "ripe" for determination by this Court and the affirmative action of this Court to maintain its injunction is necessary to protect and preserve those funds, all as more fully addressed in the attached Memorandum.

Respectfully submitted,

NALLEY, DEW and MINER
A Professional Law Corporation

   */s/George Nalley*
GEORGE J. NALLEY, JR.    (9883)
DONA J. DEW    (1329)
Suite 100
2450 Severn Avenue
Metairie, LA 70001
(504) 838-8188
Attorneys for TOPS
george@gnalley.com
dona@gnalley.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of April, 2022 served a copy of the foregoing pleading on counsel for all parties to this proceeding by email, facsimile, and/or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

   */s/George Nalley*
NALLEY, DEW and MINER, APLC