UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC ("TOPS") | * * * | NO:   2:21-cv-00672 |
| | * | JUDGE AFRICK |
| VERSUS | * * | |
| JAB ENERGY SOLUTIONS, LLC and BRENT BOUDREAUX, | * * | MAGISTRATE CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that *TOPS' Motion to Re-Open this Matter* is hereby set for submission before Magistrate Judge Donna Currault on April 20, 2022, at 11:00 a.m.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation

*/s/ George Nalley*
GEORGE J. NALLEY, JR.          (9883)
DONA J. DEW                              (1329)
Suite 100
2450 Severn Avenue
Metairie, LA  70001
(504) 838-8188