UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC | * | CIVIL ACTION |
| | * | NO. 21-672 |
| VERSUS | | |
| | * | MAG. J. CURRAULT |
| JAB ENERGY SOLUTIONS, LLC, ET AL. | | |

## ORDER

Pending before me is Plaintiff Turney Offshore Project Services, LLC Motion to Expedite (ECF No. 60) its Motion to Reopen Case (ECF No. 59).  Considering these motions and Defendant's pending Motion to Reopen (ECF No. 55),

IT IS ORDERED that Plaintiff's Motion to Expedite (ECF No. 60) is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's Motion to Reopen Case (ECF No. 59) and Defendants' Motion to Reopen Case (ECF No. 55) shall be heard on **Wednesday, April 13, 2022 at 11:00 a.m.** before Magistrate Judge Donna Phillips Currault, 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.  The hearing will be conducted **in person,**[1] unless otherwise notified by the court;

IT IS FURTHER ORDERED that any Opposition Memorandum by Defendants to Plaintiff's Motion (ECF No. 59) be filed no later than **Monday, April 11, 2022.**

New Orleans, Louisiana, this 4th day of April, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] Effective March 24, 2022: In accordance with General Order No. 22-4, masks may be required at the discretion of the judge.