## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | Civ. No. 2:21-cv-672 DPC |
| | * | MAG. JUDGE: Donna Phillips Currault |
| **VERSUS** | * * | |
| **BRENT BOUDREAUX, JAB ENERGY SOLUTIONS, LLC, JAB ENERGY SOLUTIONS II, LLC, & ALLISON MARINE HOLDINGS, LLC** | * * * * | |
| ************************************************** | | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2.5, Miles C. Thomas, counsel for Defendant JAB Energy Solutions II, LLC (the "Debtor" or "JAB II") hereby respectfully moves this Court for admission *pro hac vice* of Maxim B. Litvak. The undersigned counsel of record is an active member in good standing of the bar of this Court and agrees to serve as local counsel for JAB II pursuant to Local Rule 83.2.5. The declaration of Maxim B. Litvak in support of this Motion, the requisite EDLA Consent to Electronic Filing Form, and a proposed order granting this Motion are attached hereto.

WHEREFORE, JAB II prays that this Court enter an order permitting the admission of Maxim B. Litvak of Pachulski Stang Ziehl & Jones LLP to the Eastern District of Louisiana *pro hac vice* for this case only.

Respectfully Submitted:

Dated:  April 8, 2022

**MILES THOMAS LAW, LLC**

*/s/ Miles C. Thomas*
Miles Channing Thomas, Esq. T.A. #31342
8011 Sycamore Street
New Orleans, LA 70118
Telephone: (864-380-3838)
Email: mthomas@milesthomaslaw.com

DOCS_DE:238870.2