## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT** | * | **Civ. No. 2:21-cv-672 DPC** |
| **SERVICES, LLC** | * | |
| | * | **MAG. JUDGE: Donna Phillips Currault** |
| **VERSUS** | * | |
| | * | |
| **BRENT BOUDREAUX,** | * | |
| **JAB ENERGY SOLUTIONS, LLC,** | * | |
| **JAB ENERGY SOLUTIONS II, LLC, &** | * | |
| **ALLISON MARINE HOLDINGS, LLC** | * | |

**************************************************

### DECLARATION OF MAXIM B. LITVAK IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, Maxim B. Litvak, make the following declaration under penalty of perjury, pursuant to

28 U.S.C. § 1746:

1.     This declaration is based on my personal knowledge.

2.      I am a resident of the State of California.  I am over eighteen year of age and suffer

from no legal incapacity.  I do not maintain my residence or my principal place of business in the

Eastern District of Louisiana.

3.      I was first admitted to practice law by the Supreme Court of the State of Texas in

1997.  I was admitted to practice law by the Supreme Court of California in 2001.  I am currently

an active member of the State Bars of Texas and California.  I have continuously been licensed to

practice law in Texas since November of 1997 and California since December of 2001.  Attached

hereto is my Certificate of Good Standing from the Supreme Court of Texas.  Additionally, I have

been admitted to practice before all United States District Courts in the State of California.

4.      I am currently employed as a Partner of Pachulski Stang Ziehl & Jones, LLP, which has

its principal office located at 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California

90067.

2

5.      I have never before requested admission pro hac vice to the United States District Court for the Eastern District of Louisiana.

6.      No disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction.

7.      Miles C. Thomas, Esquire has agreed to act as local counsel for Defendant JAB Energy Solutions II, LLC, and accept service of motions and papers in this case pursuant to Local Rule 83.2.5.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 8th day of April, 2022.

_____
Maxim B. Litvak (CA Bar No. 215852)

3