UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | Civ. No. 2:21-cv-672 DPC |
| **VERSUS** | * * | MAG. JUDGE: Donna Phillips Currault |
| **BRENT BOUDREAUX, JAB ENERGY SOLUTIONS, LLC, JAB ENERGY SOLUTIONS II, LLC, & ALLISON MARINE HOLDINGS, LLC** | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR ADMISSION

It appearing to the Court that the requirements of Local Rule 83.2.5 have been satisfied, the request for the admission of Maxim B. Litvak to appear before this Court *pro hac vice* as counsel for Defendant JAB Energy Solutions II, LLC, is hereby GRANTED.

SO ORDERED, this _____ day of _____, 2022.

_____
Judge, United States District Court
Eastern District Of Louisiana

4