UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURNKEY OFFSHORE PROJECT SERVICES, LLC | * | CIVIL ACTION |
| | * | NO. 21-672 |
| VERSUS | * | MAG. J. CURRAULT |
| JAB ENERGY SOLUTIONS, LLC, ET AL. | | |

## ORDER

This Court previously scheduled an in-person hearing for Wednesday, April 13, 2022 on Defendants' Motion to Reopen Case Solely to Permit Filing of Motion to Modify Preliminary Injunction (ECF No. 55) and Plaintiff's Motion to Reopen Case (ECF No. 59). *See* ECF No. 62. In light of a recent COVID exposure, in an abundance of caution, the hearing will be held via videoconference rather than in person. Accordingly,

IT IS ORDERED that oral argument on Wednesday, April 13, 2022 at 11:00 a.m. on Defendants' and Plaintiff's motions (ECF Nos. 55, 59) will now be held via *videoconference* before Magistrate Judge Donna Phillips Currault. A log-in invitation for the video conference will be emailed to counsel.[1]

New Orleans, Louisiana, this 11th day of April, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] Participants are reminded of requirements of our Local Rules with respect to proper attire in the courtroom. They are to abide by those requirements even when participating via video conference. Participants are further reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceeding which likewise apply to proceedings conducted over video conference. Violations of these prohibitions may result in sanctions, as deemed necessary or appropriate.