**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | **Civ. No. 2:21-cv-672 DPC** |
| | * | **MAG. JUDGE: Donna Phillips Currault** |
| **VERSUS** | * * | |
| **BRENT BOUDREAUX, JAB ENERGY SOLUTIONS, LLC, JAB ENERGY SOLUTIONS II, LLC, & ALLISON MARINE HOLDINGS, LLC** | * * * * | |

**************************************

### DEFENDANT JAB ENERGY SOLUTIONS II, LLC'S *EX PARTE* MOTION FOR LEAVE TO FILE ITS REPLY IN SUPPORT OF (I) MOTION TO REOPEN CASE SOLELY TO PERMIT FILING OF MOTION TO MODIFY PRELIMINARY INJUNCTION AND (II) MOTION TO MODIFY PRELIMINARY INJUNCTION

Defendant JAB Energy Solutions II, LLC (the "Debtor" or "JAB II") respectfully requests leave of this Court to file a reply (the "Reply") in support of its (i) Motion to Reopen Case Solely to Permit Filing of Motion to Modify Preliminary Injunction (the "Motion to Reopen"), and (ii) Motion to Modify Preliminary Injunction (the "Motion to Modify", and together with the Motion to Reopen, the "JAB II Motions"). The proposed Reply addresses the arguments raised in the oppositions (the "TOPS Oppositions") to both Motions by Turnkey Offshore Project Services, LLC ("TOPS"). As stated more fully in the Reply, submitted herewith, the TOPS Oppositions should be overruled.

In support of this Motion for Leave, JAB II relies upon the Memorandum of Law being filed simultaneously herewith.

WHEREFORE, for the reasons stated herein and in the Memorandum of Law, JAB II respectfully requests that this Court grant its Motion for Leave and consider the attached Reply, and to have the same made part of the record in this matter.

DOCS_DE:238843.1 42899/001

Dated:  April 11, 2022                  **MILES THOMAS LAW, LLC**

*/s/ Miles C. Thomas*
Miles Channing Thomas, Esq. T.A. #31342
8011 Sycamore Street
New Orleans, LA 70118
(864-380-3838)
mthomas@milesthomaslaw.com

   -and-

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (DE Bar No. 2436)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone:	302-652-4100
Facsimile:	302-652-4400
Email:	ljones@pszjlaw.com
	mlitvak@pszjlaw.com
	crobinson@pszjlaw.com

*Counsel to JAB Energy Solutions II, LLC*