## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | Civ. No. 2:21-cv-672 DPC |
| | * | MAG. JUDGE: Donna Phillips Currault |
| **VERSUS** | * * | |
| **BRENT BOUDREAUX, JAB ENERGY SOLUTIONS, LLC, JAB ENERGY SOLUTIONS II, LLC, & ALLISON MARINE HOLDINGS, LLC** | * * * * | |
| ************************************ | | |

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT JAB ENERGY SOLUTIONS II, LLC'S *EX PARTE* MOTION FOR LEAVE TO FILE ITS REPLY IN SUPPORT OF (I) MOTION TO REOPEN CASE SOLELY TO PERMIT FILING OF MOTION TO MODIFY PRELIMINARY INJUNCTION AND (II) MOTION TO MODIFY PRELIMINARY INJUNCTION

Defendant JAB Energy Solutions II, LLC (the "Debtor" or "JAB II") submits this Memorandum of Law in support of its motion (the "Motion for Leave") for leave of this Court to file a reply (the "Reply") in support of its (i) Motion to Reopen Case Solely to Permit Filing of Motion to Modify Preliminary Injunction (the "Motion to Reopen"), and (ii) Motion to Modify Preliminary Injunction (the "Motion to Modify", and together with the Motion to Reopen, the "JAB II Motions"). The proposed Reply addresses the arguments raised in the oppositions (the "TOPS Oppositions") to both Motions by Turnkey Offshore Project Services, LLC ("TOPS").

As stated more fully in the Reply, submitted herewith, the TOPS Oppositions contain inaccurate assertions that warrant a response by JAB II. The subject Reply will not prejudice any party and will assist the Court in more fully understanding both the legal and factual issues surrounding the JAB II Motions.

WHEREFORE, JAB II prays that it be granted leave to file the Reply to address the assertions and arguments in the TOPS Oppositions.

Dated: April 11, 2022

**MILES THOMAS LAW, LLC**

*/s/ Miles C. Thomas*
Miles Channing Thomas, Esq. T.A. #31342
8011 Sycamore Street
New Orleans, LA 70118
(864-380-3838)
mthomas@milesthomaslaw.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (DE Bar No. 2436)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone:  302-652-4100
Facsimile:  302-652-4400
Email:  ljones@pszjlaw.com
  mlitvak@pszjlaw.com
  crobinson@pszjlaw.com

*Counsel to JAB Energy Solutions II, LLC*