# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURNKEY OFFSHORE PROJECT SERVICES, LLC** | * * * | Civ. No. 2:21-cv-672 DPC |
| | * | MAG. JUDGE: Donna Phillips Currault |
| **VERSUS** | * * | |
| **BRENT BOUDREAUX, JAB ENERGY SOLUTIONS, LLC, JAB ENERGY SOLUTIONS II, LLC, & ALLISON MARINE HOLDINGS, LLC** | * * * * | |

*************************************

# **ORDER**

Having considered JAB Energy Solutions II, LLC's *Ex Parte* Motion for Leave to File Its Reply In Support of (I) Motion to Reopen Case Solely to Permit Filing of Motion to Modify Preliminary Injunction and (II) Motion to Modify Preliminary Injunction (the "Motion for Leave");

IT IS ORDERED that the Motion for leave is GRANTED, and that JAB Energy Solutions II, LLC is hereby permitted to file its Reply, and that the same be made part of the record.

New Orleans, Louisiana, on this _____ day of April, 2022.

_____
MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT